William P. Frank
Matthew J. Matule (*pro hac vice* to be filed)
SKADDEN, ARPS, SLATE
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Counsel for Plaintiff
EIM Management (USA) Inc.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
EIM MANAGEMENT (USA) INC.,        :

           Plaintiff,        :    Civil Action
                                          No. _____
    v.                                :

JOHN DOES 1-10,                   :

           Defendants.       :
------------------------------x

## RULE 7.1 STATEMENT
## OF PLAINTIFF EIM MANAGEMENT (USA) INC.

Pursuant to Fed. R. Civ. P. 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff EIM Management (USA) Inc. certifies that the following are the parent entities of EIM Management (USA) Inc.: Albion Trust, EIM Holding Luxembourg SA, EIM Participations Luxembourg SA and EIM Holding (USA) Inc.

EIM Management (USA) Inc. further certifies that it is a Delaware corporation and that no publicly held company owns more than 10% of its stock.

Dated: August 5, 2008
      New York, New York

Respectfully submitted,

*/s/ William P. Frank*
William P. Frank
Matthew J. Matule (*pro hac vice* to be filed)
Scott D. Brown
Christopher G. Clark
SKADDEN, ARPS, SLATE
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

-- and --

One Beacon Street
Boston, Massachusetts 02108
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
wfrank@skadden.com
mmatule@skadden.com
sbrown@skadden.com
cclark@skadden.com

Counsel for Plaintiff
EIM Management (USA) Inc.

2