USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-8-08

Sands

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
EIM MANAGEMENT (USA) INC.,              :

                Plaintiff,           :   Civil Action No. 08cv6980 (LBS)

    v.                                       :

JOHN DOES 1-10,                         :

                Defendants.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AS [PROPOSED] ORDER ON PLAINTIFF EIM MANAGEMENT (USA) INC'S EX PARTE MOTION FOR LIMITED EXPEDITED DISCOVERY

Upon consideration of EIM Management (USA) Inc.'s ("EIM") Ex Parte Motion For Limited Expedited Discovery and all other papers and proceedings herein:

IT IS HEREBY ORDERED THAT:

1.    EIM's motion is hereby granted in all respects;

2.    EIM may serve third-party subpoenas on (i) AOL LLC, (ii) the California Public Utilities Commission, (iii) e-Bullion, (iv) e-gold, (v) eNom, Inc. and (vi) Yahoo! Inc. to ascertain information regarding the identities of the John Doe Defendants.

Dated: August 6, 2008

SO ORDERED:

_____
United States District Judge