JUDGE SAND

William P. Frank
Matthew J. Matule (*pro hac vice* to be filed)
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Counsel for Plaintiff
EIM Management (USA) Inc.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EIM MANAGEMENT (USA) INC.,                  :

             Plaintiff,                :   Civil Action No. 

    v.                                          :

JOHN DOES 1-10,                              :   **HEARING REQUESTED**

             Defendants.               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## PLAINTIFF EIM MANAGEMENT (USA) INC.'S
## EX PARTE MOTION FOR LIMITED EXPEDITED DISCOVERY

       EIM commenced this suit to bring to a pointed end a deliberate and ongoing financial fraud designed to take advantage of EIM's good name while shrouding the John Doe wrongdoers in a web of secrecy. Pursuant to Federal Rule of Civil Procedure 26(d), Plaintiff EIM Management (USA) Inc. ("EIM") hereby requests that the Court enter an Order allowing it to immediately take limited expedited discovery of non-parties that are in possession of information necessary to identify the John Doe Defendants who are perpetrating the unlawful activity at issue in this action. Without this required discovery, EIM will be significantly

hindered in its ability to effectively shut down the investment scam that risks tarnishing its good name and otherwise meaningfully prosecute the claims alleged in its Complaint.

The grounds for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, EIM respectfully requests that the Court grant this motion and issue an Order granting EIM leave to immediately conduct limited expedited discovery. A form of proposed order is attached hereto as Exhibit A.

Dated: August 5, 2008
New York, New York

Respectfully submitted,

/s/ William P. Frank

William P. Frank
Matthew J. Matule (*pro hac vice* to be filed)
Scott D. Brown
Christopher G. Clark
SKADDEN, ARPS, SLATE
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

-- and --

One Beacon Street
Boston, Massachusetts 02108
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
wfrank@skadden.com
mmatule@skadden.com
sbrown@skadden.com
cclark@skadden.com

Counsel for Plaintiff
EIM Management (USA) Inc.

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EIM MANAGEMENT (USA) INC.,                :

                 Plaintiff,                :        Civil Action
                                                     No. _____

    v.                                                        :

JOHN DOES 1-10,                            :

                 Defendants.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### [PROPOSED] ORDER ON PLAINTIFF EIM MANAGEMENT (USA) INC'S EX PARTE MOTION FOR LIMITED EXPEDITED DISCOVERY

Upon consideration of EIM Management (USA) Inc.'s ("EIM") Ex Parte Motion For Limited Expedited Discovery and all other papers and proceedings herein:

IT IS HEREBY ORDERED THAT:

1.    EIM's motion is hereby granted in all respects;

2.    EIM may serve third-party subpoenas on (i) AOL LLC, (ii) the California Public Utilities Commission, (iii) e-Bullion, (iv) e-gold, (v) eNom, Inc. and (vi) Yahoo! Inc. to ascertain information regarding the identities of the John Doe Defendants.

Dated: August __, 2008

                                        SO ORDERED:

                                        _____
                                        United States District Judge