JUDGE SAND

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EIM MANAGEMENT (USA) INC.,                    :

                Plaintiff,           :     Civil Action

                              No. _____

         v.                           :

JOHN DOES 1-10,                                     :

                Defendants.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

'08 CIV 6980

RECEIVED
AUG 05 2008
JUDGMENT CLERK'S
OFFICE

## DECLARATION OF ANTONIO MUNOZ
## IN SUPPORT OF EIM MANAGEMENT (USA) INC.'S
## EX PARTE MOTION FOR LIMITED EXPEDITED DISCOVERY

I, ANTONIO MUNOZ, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am the Chief Executive Officer of EIM Management (USA) Inc. ("EIM").

2.      I submit this declaration in support of EIM's Ex Parte Motion For Limited Expedited Discovery.

3.      The statements made in this declaration are based on my personal knowledge and knowledge obtained in the course of performing my duties at EIM or available to me in my position as Chief Executive Officer.

### The Business of EIM

4.      EIM Management (USA) Inc. is a corporation organized under the laws of Delaware and maintains its principal place of business in New York, New York.  EIM Management (USA) Inc. is a member of the broader family of EIM entities that provide services under the EIM name and mark worldwide.

5.    EIM and its affiliates have used the EIM name and mark continuously in connection with providing investment advice with respect to portfolios of hedge funds since 1992.

6.    Today, EIM and its affiliates have approximately $14 billion in combined assets under management.

### EIM's Use of the EIM Marks

7.    During the course of their 16 years of continuous use of the EIM mark, EIM and its affiliates have developed a broad family of EIM marks in conjunction with the growth of their businesses, including the word marks EIM Group, EIM True Diligence, and the design marks , and  (collectively, the "EIM Marks").  As a result, today the EIM Marks are very well known.

8.    EIM and its affiliates are also the registrants of a family of EIM domain names, including such domain names as eimgroup.com, eimgroup.org, eimusa.com, eimusa.org, eimcapital.com, eim-capital.com, eimcapital.net, eim-capital.net (collectively, the "EIM Domain Names").

9.    EIM and its affiliates offer under the family of EIM Marks investment advice with respect to portfolios of hedge funds in all of the traditional channels of trade in which such services are offered, and use the EIM Domain Names and the Internet to provide services to EIM's existing clients.

10.    Long before the acts complained of herein, the EIM mark and the rest of the family of EIM Marks have, through extensive advertising, promotion, and the transaction of

business in this District and throughout the United States under these marks, became famous and associated by the public with EIM.

11.    EIM invests substantial sums marketing the EIM Marks through popular and financial media, on the Internet, and other marketing avenues. Indeed, EIM and its affiliates spend on average more than $1 million per year marketing the EIM Marks.

12.    The EIM Marks and EIM Domain Names represent enormous goodwill that belongs exclusively to EIM and its affiliates. Accordingly, the EIM Marks, and each of the distinctive marks comprising that family, as well as the EIM Domain Names, are extremely valuable assets of EIM.

### The John Doe Defendants' Unlawful Acts

13.    The true names and addresses of the John Doe Defendants are unknown to EIM at this time. The John Doe Defendants are known to EIM only by the information set forth in the publicly available WHOIS information for the eimtrust.com and eimtrust.net domain names, the majority of which is unintelligible and provides facially false names and postal addresses. Attached hereto as Exhibit A and Exhibit B are true and correct photocopies of printouts of the WHOIS information for the eimtrust.com and eimtrust.net domain names, respectively. EIM believes that information obtained in discovery will lead to the identification of the John Doe Defendants' true names and addresses.

14.    On April 15, 2008, the John Doe Defendants registered the eimtrust.com domain name using the services of the domain name registrar eNom, Inc. ("eNom").

15.    After registering the eimtrust.com domain name, the John Doe Defendants made a website available at the URL http://www.eimtrust.com that used the EIM Marks without the authorization of EIM in connection with a scheme intended to defraud Internet users into

providing the John Doe Defendants with funds on the promise of a rate of return of up to
25000% within 72 hours.  A true and correct printout of the www.eimtrust.com website is
attached hereto as Exhibit C.

      16.    Among other unauthorized uses of the EIM Marks, an <u>identical</u> copy of
the EIM logo mark appeared without authorization on a portion of the homepage of the
www.eimtrust.com website.  This use is illustrated below:



<u>See</u> Exhibit C.

      17.    On or about May 21, 2008, EIM learned of the www.eimtrust.com website.

      18.    Promptly upon learning of this illicit website, counsel for EIM contacted
eNom and eNom immediately disabled the John Doe Defendants' use of the eimtrust.com
domain name.

      19.    Thereafter, counsel for EIM notified federal and state regulators, law
enforcement authorities and investigative bodies, including the Federal Bureau of Investigation,
the U.S. Secret Service, the U.S. Securities and Exchange Commission, the Financial Industry
Regulatory Authority, the Federal Trade Commission and the State of New York Attorney
General's Office, Division of Investor Protection, of the activities of the John Doe Defendants
vis-à-vis the www.eimtrust.com website.  A copy of that letter is attached hereto as Exhibit D.

20.     Less than one week after their use of the eimtrust.com domain name was disabled, the John Doe Defendants registered a second domain name, eimtrust.net, again using the services of eNom.

21.     After registering the eimtrust.net domain name, the John Doe Defendants made a website available at the URL http://www.eimtrust.net **identical** to the one they previously perpetuated via the www.eimtrust.com website.  A true and correct printout of the www.eimtrust.net website is attached hereto as Exhibit E.

22.     On June 10, 2008, EIM discovered the www.eimtrust.net website.

23.     Again acting to promptly protect the public interest and EIM Marks, counsel for EIM contacted eNom and eNom disabled the John Doe Defendants' use of the eimtrust.net domain name.

24.     Thereafter, counsel for EIM notified federal and state regulators, law enforcement authorities and investigative bodies, including the Federal Bureau of Investigation, the U.S. Secret Service, the U.S. Securities and Exchange Commission, the Financial Industry Regulatory Authority, the Federal Trade Commission and the State of New York Attorney General's Office, Division of Investor Protection, of the activities of the John Doe Defendants vis-à-vis the www.eimtrust.net website.  A copy of that letter is attached hereto as Exhibit F.

25.     EIM commenced this action in order to identify the John Doe wrongdoers and prevent further illicit efforts of those individuals to attempt to profit off of the illegal and fraudulent use of the EIM Marks.  Based on the conduct described herein and the other papers filed herewith, EIM requests prompt, expeditious discovery in order to effectively prosecute its claims and prevent further misconduct by the John Doe Defendants at the expense of EIM and the EIM Marks.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of August 2008 at New York, New York.

Antonio Munoz

# EXHIBIT A

WHOIS domain registration information results for eimtrust.com fro...     http://www.networksolutions.com/whois/results.jsp?domain=eimtrust.com

NetworkSolutions

Call us 1-800-333-7680          Shopping Cart
Login     Help

## WHOIS Search Results

Available **eimtrust** extensions:

| .net | .org | .us | .mobi | .biz | .de | .tv | .co.uk | .eu | .bz |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Order Selected Domain(s) »

### Your WHOIS Search Results

IMAGE NOT
AVAILABLE

**eimtrust.com**
Services from Network Solutions

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.
Enhanced Business Listing - Promote your business to millions of viewers for only $1 a month!

**NEW! VPS HOSTING**
Get the power of a dedicated server at a fraction of the cost.

**DOMAIN OPTIONS**

**Premium Names** »

☐ eito.net
$1,155

☐ newyorklandtrusts.com
$749

☐ skmce.com
$300

☐ eion.net
$2,221

☐ imisraeli.com
$780

☐ theonlywaytobe.com
$300

☐ rustremover.net
$788

**Misspellings**

☐ iemtrust.com

☐ eimtrst.com

☐ elmtrustt.com

☐ eimtruts.com

☐ eimtrusst.com

☐ eimtrsut.com

☐ eimruust.com

☐ eimturst.com

**Similar Names**

☐ newyorkeimtrust.com

☐ newyorkeimproperty.com

☐ e-im-trust.com

☐ eimbank.com

☐ e-im-bank.com

☐ capitaleimtrust.com

☐ eimtrustcapital.com

☐ capitaleimbank.com

Add Domain(s) to Cart »

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:

WHOIS domain registration information results for eimtrust.com fro...     http://www.networksolutions.com/whois/results.jsp?domain=eimtrust.cor

⊙ Domain Name
○ NIC Handle
○ IP Address

Search ✐

Visit AboutUs.org for more information about EIMTRUST.COM
<a href="http://www.aboutus.org/EIMTRUST.COM">AboutUs: EIMTRUST.COM</a>

Registration Service Provided By: cxj119
Contact: forexcxy@aol.com

Domain name: EIMTRUST.COM

Registrant Contact:
   cxj119
   cerg cxj119 (forexcxy@aol.com)
   +1.6267289102
   Fax:
   cxj119
   cxj119, AZ 91707
   US

Administrative Contact:
   cxj119
   cerg cxj119 (forexcxy@aol.com)
   +1.6267289102
   Fax:
   cxj119
   cxj119, AZ 91707
   US

Technical Contact:
   cxj119
   cerg cxj119 (forexcxy@aol.com)
   +1.6267289102
   Fax:
   cxj119
   cxj119, AZ 91707
   US

Status: Locked

Name Servers:
   dns1.name-services.com
   dns2.name-services.com
   dns3.name-services.com
   dns4.name-services.com
   dns5.name-services.com

Creation date: 15 Apr 2008 11:49:18
Expiration date: 15 Apr 2009 11:49:00
==========
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002

The previous information has been obtained either directly from the registrant or a registrar of the domain name
other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | ENOM, INC. |
| IP Address: | 64.74.223.26 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-WASHINGTON-BELLEVUE |
| Lock Status: | clientTransferProhibited |
| DMOZ | no listings |
| YI Directory: | see listings |
| Data as of: | 14-Jun-2005 |

When you register a domain name, current policies require that the contact information for your domain name
registration be included in a public database known as WHOIS. To learn about actions you can take to protect your
WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use
of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner
that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions
for information purposes only, and to assist persons in obtaining information about or related to a domain name
registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to
abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under
no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high

WHOIS domain registration information results for eimtrust.com fro...    http://www.networksolutions.com/whois/results.jsp?domain=eimtrust.cor

volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.

 **PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

 **Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

**SOLUTIONS TO GET ONLINE**          **SOLUTIONS TO GET CUSTOMERS**          **COMPANY INFORMATION**

**SOLUTIONS TO SELL ONLINE**          **SOLUTIONS FOR ONLINE SECURITY**

                                      **SOLUTIONS TO SAVE MONEY**

     



**100% Secure Transaction**
For your protection, this Web site is secured with the highest level of SSL Certificate encryption.

© Copyright 2008 Network Solutions. All rights reserved.

# EXHIBIT B


...SEARCH ALL DOMAIN REGISTRARS

**eimtrust.net is**

**Reserved**

Home page
Link-to-Us
Contact Us

**Featured Registrar**

Register a domain name
with Register.com for
only $20. Includes:

- Free starter web site
- Free web forwarding
- Free e-mail forwarding
- Free domain locking
- Name portfolio
  manager
- Dynamic DNS service

**Click here for
discounted rate.**

**Registrar:** ENOM, INC.

**Status:** clientHold Status:
clientTransferProhibited

**Domain options / additional information:** *(Click below to expand)*
+ if you own this domain...
+ if you are trying to register/buy this domain...
+ if you are researching this domain...

[Querying whois.verisign-grs.com]
[whois.verisign-grs.com]Whois Server Version 2.0Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.  Domain Name: EIMTRUST.NET
    Registrar: ENOM, INC.
    Whois Server: whois.enom.com
    Referral URL: http://www.enom.com
    Name Server: DNS1.NAME-SERVICES.COM
    Name Server: DNS2.NAME-SERVICES.COM
    Name Server: DNS3.NAME-SERVICES.COM
    Name Server: DNS4.NAME-SERVICES.COM
    Name Server: DNS5.NAME-SERVICES.COM
    Status: clientHold
    Status: clientTransferProhibited
    Updated Date: 10-Jun-2008
    Creation Date: 25-may-2008
    Expiration Date: 25-may-2009NOTICE: The expiration date displayed in this record is the date the
    registrar's sponsorship of the domain name registration in the registry is
    currently set to expire. This date does not necessarily reflect the expiration
    date of the domain name registrant's agreement with the sponsoring
    registrar. Users may consult the sponsoring registrar's Whois database to
    view the registrar's reported date of expiration for this registration.
            Sponsored Link:
    Learn how to get listed at the top of the search engines!
    Gain access to the book the pros have been using for the past seven years...

[Querying whois.enom.com]
[whois.enom.com]
=-=-=
Visit AboutUs.org for more information about eimtrust.net
a href="http://www.aboutus.org/eimtrust.net"AboutUs: eimtrust.net/a

Registration Service Provided By: rateworld
Contact: rate_world@yahoo.com

Domain name: eimtrust.net

Administrative Contact:
   rateworld
   rateworld rateworld (rate_world@yahoo.com)
   +359.1222555
   rateworld
   rateworld,  10000
   IT

Technical Contact:
   rateworld
   rateworld rateworld (rate_world@yahoo.com)
   +359.1222555
   rateworld
   rateworld,  10000
   IT

Registrant Contact:
   rateworld
   rateworld rateworld

   rateworld
   rateworld,  10000
   IT

Status: Locked

Name Servers:
   dns1.name-services.com
   dns2.name-services.com
   dns3.name-services.com
   dns4.name-services.com
   dns5.name-services.com

Creation date: 25 May 2008 14:48:10
Expiration date: 25 May 2009 14:48:00
=-=-=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information

Domain Registrars

1dni.com
1st Domain.net
4Domains.com
Active ISP ASA
Address Creation
Aitdomains.com
Alice's Registry, Inc.
Alldomains.com , Inc.
America Online, Inc.
Ascio Technologies, Inc.
ATI-NTD.com
A.WRegistry
BB Online UK Ltd.
Bizen.com, Inc.
BookMyName SAS
BulkRegister.com, Inc.
Capital Networks Pty.
Ltd.

available "as is," and do not guarantee its accuracy. By submitting a whois query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone. The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from us.

We reserve the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.
Version 6.3 4/3/2002

| www. | Search |
|---|---|
| Searches shared database registry and queries appropriate registrar. | |

# EXHIBIT C



EIM
**True Diligence**

| Home | About Us | Joint Now | Terms | F. A. Q | Contact Us |

**EIM TRUST**, Headquartered in Ft. Lauderdale, Florida. for backed up traders by Forex market trading. Our purpose is to acquire and manage investments in markets we know well and protect our assets from fluctuations through diversified holdings. Our goal is to continue to safely increase earnings and shareholder value.

We are dedicated to leading our industry in customer satisfaction by providing consistently high-quality service; in profitability by demanding efficiency; in innovation by developing and marketing new systems, products and services; and in growth by searching out new domestic and international opportunities.



WE ACCEPT...



## Our Products



**Trusted Lenders**™

Mortgage Leads

Our Mortgage Leads will increase your Closing Rate!
We've worked with thousands of Loan Officers, and mortgage companies since 1997!

Our repeat business in Mortgage Leads reflects the quality of our leads.

EimTrust.info is the top online source for your exclusive, and non-exclusive mortgage refinance leads. Whether you specialize in real strong group of experienced experts and traders backed up by Forex market trading. After years of professional trading we have joined our skills and talents in the effort to bring a new reliable investment opportunity. Our team of Managing and Strategic Directors, supported by our Venture Partners and Investment Professionals, provides entrepreneurs with a rich base of strategic, operational, technical, and financial experience, and an extensive local, national, and international network through which we facilitate partnerships, recruit management, and access capital.

**SECURED INCOME:**

- A true 24-hour market
- Retain 100% of your trading profits
- Benefit from superior liquidity
- High profitable returns
- Profit in both rising and falling markets
- Trade on your schedule, respond to market changes immediately
- Customers privacy protection
- Quick support response

**YOU CAN MAKE UP TO 25000% OF YOUR SPEND IN JUST 72 HOURS.**

**FOR EXAMPLE, YOU INVEST $1000 YOU WILL RECEIVE $8000 IN 72 HOURS**

| **Investment Plan** |
|---|

EIM TRUST | Owned Investment Management Company Built to Put...                    http://eimtrust.com,



**YOU INVEST $5000 YOU WILL RECEIVE $100000 IN 72 HOURS**

**YOU INVEST $10000 YOU WILL RECEIVE $400000 IN 72 HOURS**

**YOU INVEST $20000 YOU WILL RECEIVE $1400000 IN 72 HOURS**

**YOU INVEST $30000 YOU WILL RECEIVE $3600000 IN 72 HOURS**

**YOU INVEST $50000 YOU WILL RECEIVE $9000000 IN 72 HOURS**

**YOU INVEST $80000 YOU WILL RECEIVE $20000000 IN 72 HOURS**

Plan

TEST

PLAN

PLAN

PLAN

PLAN

PLAN

PLAN

Home    |    About Us    |    Joint Now    |    Terms    |    F. A. Q    |    Contact Us

© 2008 EIM TRUST Investment All rights reserved.
Site Design By EIM TRUST



**EIM TRUST**, Headquartered in Ft. Lauderdale, Florida. for backed up traders by Forex market trading. Our purpose is to acquire and manage investments in markets we know well and protect our assets from fluctuations through diversified holdings. Our goal is to continue to safely increase earnings and shareholder value.

We are dedicated to leading our industry in customer satisfaction by providing consistently high-quality service; in profitability by demanding efficiency; in innovation by developing and marketing new systems, products and services; and in growth by searching out new domestic and international opportunities.





# Our Products



**SECURED INCOME**

- A true 24-hour market
- Retain 100% of your trading profits
- Benefit from superior liquidity

Mortgage Leads

Our Mortgage Leads will increase your Closing Rate!
We've worked with thousands of Loan Officers, and mortgage companies since 1997!

Our repeat business in Mortgage Leads reflects the quality of our leads.

EimTrust.info is the top online source for your exclusive, and non-exclusive mortgage refinance leads. Whether you specialize in real strong group of experienced experts, and traders backed up by Forex

Our repeat business in Mortgage Leads reflects the quality of our leads.

EimTrust.info is the top online source for your exclusive, and non-exclusive mortgage refinance leads. Whether you specialize in real strong group of experienced experts and traders backed up by Forex market trading. After years of professional trading we have joined our skills and talents in the effort to bring a new reliable investment opportunity. Our team of Managing and Strategic Directors, supported by our Venture Partners and Investment Professionals, provides entrepreneurs with a rich base of strategic, operational, technical, and financial experience, and an extensive local, national, and international network through which we facilitate partnerships, recruit management, and access capital.

- A true 24-hour market
- Retain 100% of your trading profits
- Benefit from superior liquidity
- High profitable returns
- Profit in both rising and falling markets
- Trade on your schedule, respond to market changes immediately
- Customers privacy protection
- Quick support response

## Investment Plan

| Plan | Spent Amount | Profit (%) 72 hours later |
|------|--------------|---------------------------|
| TEST PLAN | $300 - $3000 | 800% |
| PLAN A | $3100 - $6000 | 2000% |
| PLAN B | $6100 - $15,000 | 4000% |
| | | |
| PLAN D | $25,100 - $35,000 | 12000% |
| PLAN E | $35,100 - $55,000 | 18000% |
| PLAN F | $55,100 - $90,000 | 25000% |

YOU CAN MAKE UP TO 25000% OF YOUR SPEND IN JUST 72 HOURS.

FOR EXAMPLE, YOU INVEST $1000 YOU WILL RECEIVE $8000 IN 72 HOURS

YOU INVEST $5000 YOU WILL RECEIVE $100000 IN 72 HOURS

YOU INVEST $10000 YOU WILL RECEIVE $400000 IN 72 HOURS

YOU INVEST $20000 YOU WILL RECEIVE $1400000 IN 72 HOURS

YOU INVEST $30000 YOU WILL RECEIVE $3600000 IN 72 HOURS

YOU INVEST $50000 YOU WILL RECEIVE $9000000 IN 72 HOURS

YOU INVEST $80000 YOU WILL RECEIVE $20000000 IN 72 HOURS

Wednesday, May 21, 2008  12:52 PM

EIM TRUST | Owned Investment Management Company Built to Put...        http://eimtrust.com/about-us.html





We're growing our businesses by helping clients grow theirs. We brings together the resources, experience, teams and strategic relationships to build the next generation of leading technology companies. We at The EIM TRUST demonstrates our commitments to clients and shareholders through the firm's emphasis on excellence, integrity and ethical behavior.

Our client relationships are among our greatest competitive assets. We deepen and enrich these relationships through disciplined growth, innovation, and seamless execution.

Our team of Managing and Strategic Directors, supported by our Venture Partners and Investment Professionals, provides entrepreneurs with a rich base of strategic, operational, technical, and financial experience, and an extensive local, national, and international network through which we facilitate partnerships, recruit management, and access capital.

Our firm seeks exceptional entrepreneurial teams, market-disruptive opportunities, and business models that leverage cutting-edge technologies. We are dedicated to partnering with entrepreneurs and leveraging our team's collective experience, skills, and relationships to help build great ideas and technologies into great products and successful companies.

Headquartered in Ft. Lauderdale, Florida, EIM TRUST manages capital that targets regional investments in enterprise software and services, consumer software and services. We have invested millions in a diversified portfolio of early-stage technology companies and have participated in several successful IPOs and acquisitions.

Home    |    About Us    |    Joint Now    |    Terms    |    F. A. Q    |    Contact Us

© 2008 EIM TRUST Investment All rights reserved.
Site Design By EIM TRUST



# EIM
## True Diligence

| Home | About Us | Joint Now | Terms | F. A. Q | Contact Us |

eimtrust.com is the top online source for your exclusive, and non-exclusive mortgage refinance leads. Whether you specialize in real strong group of experienced experts and traders backed up by Forex market trading. After years of professional trading we have joined our skills and talents in the effort to bring a new reliable investment opportunity. Our team of Managing and Strategic Directors, supported by our Venture Partners and Investment Professionals, provides entrepreneurs with a rich base of strategic, operational, technical, and financial experience, and an extensive local, national, and international network through which we facilitate partnerships, recruit management, and access capital.



WE ACCEPT: Pay with e-gold • Liberty Reserve • e-Bullion



My Rich Dad said...
"The poor and middle class work hard for their money. The rich have their money work hard for them"

My Poor Dad said...
"I Work for my Money."

My Rich Dad said...
"My Money Work for Me."



## Trusted Lenders™

**Are you ready to earn a substantial INCOME ONLINE?**

**SECURED INCOME:**

- A true 24-hour market
- Retain 100% of your trading profits
- Benefit from superior liquidity
- High profitable returns
- Profit in both rising and falling markets
- Trade on your schedule, respond to market changes immediately
- Customers privacy protection
- Quick support response

Pay with e-gold

**Please direct your deposit to our E-gold Account**
**5404913**

**Make sure our e-gold account number is 5404913**

**GENERAL TERMS OF SERVICE:**

All transactions are handled via e-gold, Liberty Reserve and e-Bullion. All deposits must be made in whole US dollar amounts.

Our referral program pays 10% of spends made by persons you refer, directly to your account you refer.

| | | |
|---|---|---|
| Amount to invest: | 10000 | USD |
| Your LR account: | | |
| Plan and E-mail: | | |
| Referrer's LR account: | | |

Liberty Reserve          Invest via LR

Referral program

EIM TRUST | Owned Investment Management Company Built to Put...                http://eimtrust.com/joint-now.html

The minimum deposit is $300 and
No maximum deposit limitations.
There is no administration fee You
may make additional spend as many
times as you like.
Payouts are made directly to your
account you invested.
We are working 7 days a week.

Our refe
refe

Please
Make su



© 2008 EIM TRUST investment All rights reserved.
Site Design By EIM TRUST



eimtrust.com is the top online source for your exclusive, and non-exclusive mortgage refinance leads. Whether you specialize in real strong group of experienced experts and traders backed up by Forex market trading. After years of professional trading we have joined our skills and talents in the effort to bring a new reliable investment opportunity. Our team of Managing and Strategic Directors, supported by our Venture Partners and Investment Professionals, provides entrepreneurs with a rich base of strategic, operational, technical, and financial experience, and an extensive local, national, and international network through which we facilitate partnerships, recruit management, and access capital.









**Are you ready to earn a substantial INCOME ONLINE?**



Please direct your deposit to our E-gold Account
**5404913**

Make sure our e-gold account number is 5404913

**SECURED INCOME:**

- A true 24-hour market
- Retain 100% of your trading profits
- Benefit from superior liquidity

**Please direct your deposit to our E-gold Account**
**5404913**

**Make sure our e-gold account number is 5404913**

| | | |
|---|---|---|
| Amount to invest: | 10000 | USD |
| Your LR account: | | |
| Plan and E-mail: | | |
| Referrer's LR account: | | |

**Liberty Reserve**          **Invest via LR**

Referral program

Our referral program pays 10% of spends made by persons you refer directly to your account. Your referral link is:
**http://www.eintrust.com/?123456** - where 123456 is your account number

**e·Bullion®**

**Please direct your deposit to our e-Bullion Account B96269.**
**Make sure our e-Bullion account number is B96269**

## Investment Plan

| Plan | Spent Amount | Profit (%)<br>72 hours later |
|---|---|---|
| TEST PLAN | $300 - $3000 | 800% |
| PLAN A | $3100 - $6000 | 2000% |
| PLAN B | $6100 - $15,000 | 4000% |

### SECURED INCOME

- A true 24-hour market
- Retain 100% of your trading profits
- Benefit from superior liquidity
- High profitable returns
- Profit in both rising and falling markets
- Trade on your schedule, respond to market changes immediately
- Customers privacy protection
- Quick support response

### GENERAL TERMS OF SERVICE

All transactions are handled via e-gold, Liberty Reserve and e-Bullion
All deposits must be made in whole US dollar amounts.

Our referral program pays 10% of spends made by persons you refer, directly to your account you refer.
The minimum deposit is $300 and No maximum deposit limitations.
There is no administration fee You may make additional spend as many times as you like.
Payouts are made directly to your account you invested.
We are working 7 days a week.

### Referral program

Our referral program pays 10% of spends made by persons you refer directly to your account. Your referral link is:
http://www.eimtrust.com/?123456 - where 123456 is your account number



Please direct your deposit to our e-Bullion Account **B96269**.
Make sure our e-Bullion account number is **B96269**.

| Investment Plan | | |
|---|---|---|
| Plan | Spent Amount | Profit (%) 72 hours later |
| TEST PLAN | $300 - $3000 | 800% |
| PLAN A | $3100 - $6000 | 2000% |
| PLAN B | $6100 - $15,000 | 4000% |
| | $15,100 - $25,000 | 7000% |
| PLAN D | $25,100 - $35,000 | 12000% |
| PLAN E | $35,100 - $55,000 | 18000% |
| PLAN F | $55,100 - $90,000 | 25000% |

US dollar amounts.

Our referral program pays 10% of spends made by persons you refer, directly to your account you refer.

The minimum deposit is $300 and No maximum deposit limitations.

There is no administration fee You may make additional spend as many times as you like.

Payouts are made directly to your account you invested.

We are working 7 days a week.

Wednesday, May 21, 2008  12:54 PM

EIM TRUST | Owned Investment Management Company Built to Put...                http://eimtrust.com/terms.htm





**TERMS OF SERVICE**

EIM TRUST provides its service to you, subject to the following Terms of Service, which can be modified by EimTrust.info from time to time without prior notice. You are obliged to familiarize yourself with Terms of Service prior to invest. Your deposit with EIM TRUST will automatically be qualified as complete acceptance of our Terms of Service and will constitute a binding contract which makes both parties responsible for thorough observation of all parts of the Terms of Service.

**General Terms.**

- Deposits are made via e-gold, Liberty Reserve and e-Bullion.
- You can make another deposits viae-gold, Liberty Reserve and e-Bullion at any time.
- The minimum deposit (both initial and additional) requirement is $300.00 and No maximum deposit limitations.
- Payouts are made directly to your account you invested.
- Our referral program pays 10% of spends made by persons you refer, directly to your account you refer.
- All deposits must be made in whole US dollar amounts.

**User Agreement.**

- EIM TRUST will deliver its services only to those customers who are of legal age in particular jurisdictions they are citizens of or reside in. Legal age may vary between 18 and 21. By joint with us you state under the penalty of perjury that you are at least 18 or older depending on the legal age in your jurisdiction.
- You state that you are not a member, agent, informant, or employee of or in any other way related to any investigative, law enforcement, media, news or governmental agencies of any country.
- You understand that under no circumstances should anything found on this site be considered or construed as an offer to sell securities or a solicitation to invest in any investment opportunity.
- You understand and accept the fact that EimTrust.info disclaims any liability for performance of any investment which comes to Your attention here on this web site. You bear total responsibility for all decisions made. You also agree to invest money that you can afford to lose.
- You understand and agree that all information you receive from EimTrust.info is unsolicited, private communication of privileged, proprietary, and confidential information intended for You only. You agree to keep it private and not to disclose to any third party unless this information is obviously of a public nature.

**Anti-Spam Policy.**

- Our attitude towards spam is zero-tolerance.

EIM TRUST | Owned Investment Management Company Built to Put...                    http://eimtrust.com/terms.html

- We do not tolerate spam in any of its various forms. Should you receive any spam emails that purportedly come from us, immediately report them to our service.
- Any member caught spamming will lose his/her accounts permanently without a prior notice.
- Members are allowed to post messages advertising us only on special boards in chatrooms where such posting is allowed.
- If you plan to advertise us on the web, you have to observe our strict anti-spam policy.

Home        |     About Us      |     Joint Now     |     Terms     |     F. A. Q     |      Contact Us

© 2008 EIM TRUST Investment All rights reserved.
Site Design By EIM TRUST

EIM TRUST | Owned Investment Management Company Built to Put...                    http://eimtrust.com/faq.htm



**FAQs**

On this page you will find the answers to the most Frequently Asked Questions. For your convenience, all the questions have been divided into the following categories:

**General Information about EIM TRUST**

Q. What is EimTrust?
A. EimTrust is the top online source for your exclusive, and non-exclusive mortgage refinance leads. Whether you specialize in real strong group of experienced experts and traders backed up by Forex market trading. After years of professional trading we have joined our skills and talents in the effort to bring a new reliable investment opportunity. Our team of Managing and Strategic Directors, supported by our Venture Partners and Investment Professionals, provides entrepreneurs with a rich base of strategic, operational, technical, and financial experience, and an extensive local, national, and international network through which we facilitate partnerships, recruit management, and access capital.

Q. How do you manage to maintain this level of returns throughout these years?
A. The two key principles of our successful investment performance are thorough diversification of assets and extensive use of tax minimization techniques designed to reduce the tax burden.
In our trading operations we use only the most efficient and state-of-the-art means of technical and fundamental analysis. Our assets are properly diversified and wisely allocated. We never invest more than 12.5% of our net assets into one single financial instrument irrespective of its past, present or predicted future performance.

Q. How long have you been in this business?
A. We have been in operation since 1999.

Q. What guarantees can you offer me?
A. Our successful past performance is not a guarantee of successful future performance. However, we can guarantee the return of principal at any time after the principal lock-in period of 1 payment for 72 hours plan is over.

Q. Do you provide support by phone?
A. No, we have temporarily suspended providing support by phone at the moment as we have too many new customers which makes it impossible for to answer all calls. We are now re-organizing our phone support department and will resume this service shortly.

**Account Opening**

Q. How can I joint with you?
A. To joint with us simply access 'Join Now!' area and make direct deposit to our account. Every deposit received with our account, automatic its a member of EIM TRUST.

Q. Can I joint 2 or more accounts in my name?
A. Yes, you can open as many accounts as you like. The only condition is that you need to provide

separate e-gold, Liberty Reserve or e-Bullion account numbers and contact email addresses for each of the accounts.

Q. Can the members of the same family open separate accounts from the same PC and IP address?
A. Yes, they can. You can open as many accounts from the same PC and IP address as you like. The only condition is that you need to provide separate e-gold, Liberty Reserve or e-Bullion account numbers and contact email addresses for each of the accounts.

**Account Security**

Q. What can I do to protect my e-gold, Liberty Reserve or e-Bullion account password?
A. Make sure you observe the following safety maesures:- Your password is a unique and preferably non-sense combination of numbers and letters. - Never use the passwords you have used with other bank or email accounts before.- Store your password in a safe place. Preferably a removable disk or other storage.- Avoid copying and pasting your password. Try entering it manually all the time.

Q. What measures can I take in order to keep my PC clean from viruses and other harmful software?
A. Please install and run firewall and anti-virus program (AVP) at all times. Please make sure you have the most up-to-date version of firewall and AVP. Never open attachments in email unless they are from the people or services you know and trust.

Q. Do you provide SSL encryption and what browsers do you recommend to use when navigating EimTrust.info?
A. Any time you enter our website all the communication between you and us is encrypted using Secure Socket Layer (SSL) technology. SSL protects information as it crosses the Internet. To support this technology, you need an SSL-capable browser. We recommend using a strong encryption, 128-bit browser like Microsoft's Internet Explorer 6 or higher, Mozilla Firefox or Opera. These browsers will activate SSL automatically whenever you visit our website.
    You can tell if you are visiting a secure area within a Web site by looking at the symbol on the bottom of your browser screen. If you are using Internet Explorer, Mozilla Firefox or Opera, you will see either a lock or a key. When the symbol appears unbroken or the padlock is in the locked position, your session connection is taking place via a secure server.
    If you need a strong encryption browser, you can go to the Microsoft, Mozilla or Opera websites to download the latest browser version. We do not

**Depositing Funds into your EIM TRUST Account.**

Q. How can I make a deposit into my EIM TRUST Account?
A. Please access 'Join Now!' area and make direct deposit to our account.

Q. What is the minimum deposit into EIM TRUST Account?
A. The minimum deposit for both initial and additional deposits is $300.00.

Q. What is the maximum deposit into EIM TRUST Account?
A. No maximum limitations deposit to EIM TRUST.

Q. How often can I make deposits into my account?
A. You can make deposits into my account as often as you want. There are no restrictions in this regard.

Q. I would like to make a deposit via Paypal or another e-currency. Can I do it?
A. No, unfortunately, we do not accept deposits via PayPal another e-currency. We only accept deposits via e-gold, Liberty Reserve or e-Bullion. But you can easily transfer the funds you have in your PayPal accounts into e-gold, Liberty Reserve or e-Bullion. To do this you need to use an exchanger. To find the most suitable one, please go to Me-Gold

**Interest Payments.**

Q. Do you pay interest every 72 hours?
A. Yes, we pay interest every 72 hours, We working 7 days a week.

Q. Can I use spam to promote your website?
A. No, you cannot do this under any circumstances. We do not tolerate spam in any of its forms. Any member caught spamming will lose membership.

EIM TRUST | Owned Investment Management Company Built to Put...    http://eimtrust.com/faq.htm

Home    |    About Us    |    Joint Now    |    Terms    |    F. A. Q    |    Contact Us

© 2008 EIM TRUST Investment All rights reserved.
Site Design By EIM TRUST

# EXHIBIT D

# Skadden, Arps, Slate, Meagher & Flom LLP

ONE BEACON STREET
BOSTON, MASSACHUSETTS 02108-3194
———
TEL: (617) 573-4800
FAX: (617) 573-4822
www.skadden.com

DIRECT DIAL
(617) 573-4887
DIRECT FAX
(617) 573-4822
EMAIL ADDRESS
MATTHEW.MATULE@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

May 27, 2008

VIA FACSIMILE AND OVERNIGHT MAIL

U.S. Secret Service
Electronic Crime Task Force
10 Causeway Street
Boston, Massachusetts 02222

Federal Bureau of Investigation
Internet Crime Complaint Center
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535

U.S. Securities and Exchange Commission
Office of Investor Education and Advocacy
Attn: Bonnie Dailey
100 F Street, N.E.
Washington, D.C. 20549

Office of the Attorney General
Investor Protection and Securities Bureau
120 Broadway, 23rd Floor
New York, New York 10271

Financial Industry Regulatory Authority
165 Broadway, 52nd Floor
New York, New York 10006

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, D.C. 20580

U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, D.C. 20581

National Security Agency
Business Affairs Organization
9800 Savage Road, Suite 6740
Fort Meade, Maryland 20755

National Futures Association
300 S. Riverside Plaza, Number 1800
Chicago, Illinois 60606

RE:    EIM Management (USA) Inc.

Dear Sir or Madam:

This letter is further to telephone conversations we have had with your offices on May 21, 2008 and May 22, 2008 on behalf of EIM Management (USA) Inc. ("EIM").  EIM is a registered investment adviser and provides investment advice with respect to portfolios of hedge funds.  The EIM family of companies was founded in 1992, currently has approximately $14 billion in combined assets under

Letter regarding EIM Management (USA) Inc.
May 27, 2008
Page 2

management and more than 200 employees.  The EIM companies have acquired significant trademark rights in the EIM name, which EIM has been using in commerce since 1992, and the EIM logo mark, which EIM has been using in commerce since 1995.

On May 21, 2008, EIM learned that an individual or entity with no connection to or affiliation with EIM has been operating a website at www.eimtrust.com and using the EIM name and EIM logo without EIM's permission or authorization (the "Infringing Website") and appears to have been engaged in a flagrant fraud.  (See Exhibit A.)  The Infringing Website purports to provide, among other things, investment services that yield profits of up to 25000% within 72 hours.  (See Exhibit B.)  Also on May 21, 2008, counsel for EIM contacted the website host for the Infringing Website, eNom, Inc., and eNom agreed to disable access to the Infringing Website.

To date, EIM has been unable to identify the registrant of the www.eimtrust.com domain name or the individual or entity who has been operating the Infringing Website and using the EIM name and EIM logo without authorization.  The public WHOIS directory provides only a contact email address of forexcxy@aol.com and a telephone number (626) 728-9102; the remainder of the information provided in the WHOIS database is unintelligible.  (See Exhibit C.)  EIM has not been able to locate any additional information as to the identity of the operator of the Infringing Website.

EIM is greatly concerned about the Infringing Website and the use of EIM's valuable trademarks on the Infringing Website (or on any other similar websites), and will cooperate fully with all governmental agencies and investigative bodies that may undertake an inquiry of the Infringing Website and/or its principals.  Please do not hesitate to contact me if you require additional information or if EIM can be of assistance in any investigation you may commence.

Very truly yours,

Matthew J. Matule

Attachments

cc:    Dianne Mattioli, Chief Compliance Officer
       EIM Management (USA) Inc.

       Thomas A. DeCapo

# EXHIBIT A



**EIM TRUST**, Headquartered in Ft. Lauderdale, Florida. for backed up traders by Forex market trading. Our purpose is to acquire and manage investments in markets we know well and protect our assets from fluctuations through diversified holdings. Our goal is to continue to safely increase earnings and shareholder value.

We are dedicated to leading our industry in customer satisfaction by providing consistently high-quality service; in profitability by demanding efficiency; in innovation by developing and marketing new systems, products and services; and in growth by searching out new domestic and international opportunities.





# Our Products



Mortgage Leads

Our Mortgage Leads will increase your Closing Rate!
We've worked with thousands of Loan Officers, and mortgage companies since 1997!

Our repeat business in Mortgage Leads reflects the quality of our leads.

EimTrust.info is the top online source for your exclusive, and non-exclusive mortgage refinance leads.
Whether you specialize in real strong group of experienced experts, and traders backed up by Forex

**SECURED INCOME**

- A true 24-hour market
- Retain 100% of your trading profits
- Benefit from superior liquidity

Our repeat business in Mortgage Leads reflects the quality of our leads.

EimTrust.info is the top online source for your exclusive, and non-exclusive mortgage refinance leads. Whether you specialize in real strong group of experienced experts and traders backed up by Forex market trading. After years of professional trading we have joined our skills and talents in the effort to bring a new reliable investment opportunity. Our team of Managing and Strategic Directors, supported by our Venture Partners and Investment Professionals, provides entrepreneurs with a rich base of strategic, operational, technical, and financial experience, and an extensive local, national, and international network through which we facilitate partnerships, recruit management, and access capital.

- A true 24-hour market
- Retain 100% of your trading profits
- Benefit from superior liquidity
- High profitable returns
- Profit in both rising and falling markets
- Trade on your schedule, respond to market changes immediately
- Customers privacy protection
- Quick support response

## Investment Plan

| Plan | Spent Amount | Profit (%) 72 hours later |
|---|---|---|
| TEST PLAN | $300 - $3000 | 800% |
| PLAN A | $3100 - $6000 | 2000% |
| PLAN B | $6100 - $15,000 | 4000% |
| PLAN D | $25,100 - $35,000 | 12000% |
| PLAN E | $35,100 - $55,000 | 18000% |
| PLAN F | $55,100 - $90,000 | 25000% |

YOU CAN MAKE UP TO 25000% OF YOUR SPEND IN JUST 72 HOURS.

FOR EXAMPLE, YOU INVEST $1000 YOU WILL RECEIVE $8000 IN 72 HOURS

YOU INVEST $5000 YOU WILL RECEIVE $100000 IN 72 HOURS

YOU INVEST $10000 YOU WILL RECEIVE $400000 IN 72 HOURS

YOU INVEST $20000 YOU WILL RECEIVE $1400000 IN 72 HOURS

YOU INVEST $30000 YOU WILL RECEIVE $3600000 IN 72 HOURS

YOU INVEST $50000 YOU WILL RECEIVE $9000000 IN 72 HOURS

YOU INVEST $80000 YOU WILL RECEIVE $20000000 IN 72 HOURS

Home | About Us | Joint Now | Terms | F.A.Q | Contact Us
© 2008 EIM TRUST Investment All rights reserved.
Site Design By EIM TRUST

Wednesday, May 21, 2008  12:52 PM

EIM TRUST | Owned Investment Management Company Built to Put...    http://eimtrust.com



## Home    About Us    Joint Now    Terms    F.A.Q    Contact Us

Welcome to EIM TRUST, the client-owned investment management company built to put your interests first®

**EIM TRUST**, Headquartered in Ft. Lauderdale, Florida. for backed up traders by Forex market trading. Our purpose is to acquire and manage investments in markets we know well and protect our assets from fluctuations through diversified holdings. Our goal is to continue to safely increase earnings and shareholder value.

We are dedicated to leading our industry in customer satisfaction by providing consistently high-quality service; in profitability by demanding efficiency; in innovation by developing and marketing new systems, products and services; and in growth by searching out new domestic and international opportunities.





## Our Products



Mortgage Leads

Our Mortgage Leads will increase your Closing Rate!
We've worked with thousands of Loan Officers, and mortgage companies since 1997!

Our repeat business in Mortgage Leads reflects the quality of our leads.

EimTrust.info is the top online source for your exclusive, and non-exclusive mortgage refinance leads. Whether you specialize in real strong group of experienced experts and traders backed up by Forex market trading. After years of professional trading we have joined our skills and talents in the effort to bring a new reliable investment opportunity. Our team of Managing and Strategic Directors, supported by our Venture Partners and Investment Professionals, provides entrepreneurs with a rich base of strategic, operational, technical, and financial experience, and an extensive local, national, and international network through which we facilitate partnerships, recruit management, and access capital.

**SECURED INCOME:**

- A true 24-hour market
- Retain 100% of your trading profits
- Benefit from superior liquidity
- High profitable returns
- Profit in both rising and falling markets
- Trade on your schedule, respond to market changes immediately
- Customers privacy protection
- Quick support response

**YOU CAN MAKE UP TO 25000% OF YOUR SPEND IN JUST 72 HOURS.**

**FOR EXAMPLE, YOU INVEST $1000 YOU WILL RECEIVE $8000 IN 72 HOURS**

### Investment Plan

**YOU INVEST $5000 YOU WILL RECEIVE $100000 IN 72 HOURS**

**YOU INVEST $10000 YOU WILL RECEIVE $400000 IN 72 HOURS**

**YOU INVEST $20000 YOU WILL RECEIVE $1400000 IN 72 HOURS**

**YOU INVEST $30000 YOU WILL RECEIVE $3600000 IN 72 HOURS**

**YOU INVEST $50000 YOU WILL RECEIVE $9000000 IN 72 HOURS**

**YOU INVEST $80000 YOU WILL RECEIVE $20000000 IN 72 HOURS**

**Plan**

**TEST**

**PLAN**

**PLAN**

**PLAN**

**PLAN**

**PLAN**

**PLAN**

Home | About Us | Joint Now | Terms | F. A. Q | Contact Us

© 2008 EIM TRUST Investment All rights reserved.
Site Design By EIM TRUST

5/21/2008 1:31 PM





We're growing our businesses by helping clients grow theirs. We brings together the resources, experience, teams and strategic relationships to build the next generation of leading technology companies. We at The EIM TRUST demonstrates our commitments to clients and shareholders through the firm's emphasis on excellence, integrity and ethical behavior.

Our client relationships are among our greatest competitive assets. We deepen and enrich these relationships through disciplined growth, innovation, and seamless execution.

Our team of Managing and Strategic Directors, supported by our Venture Partners and Investment Professionals, provides entrepreneurs with a rich base of strategic, operational, technical, and financial experience, and an extensive local, national, and international network through which we facilitate partnerships, recruit management, and access capital.

Our firm seeks exceptional entrepreneurial teams, market-disruptive opportunities, and business models that leverage cutting-edge technologies. We are dedicated to partnering with entrepreneurs and leveraging our team's collective experience, skills, and relationships to help build great ideas and technologies into great products and successful companies.

Headquartered in Ft. Lauderdale, Florida, EIM TRUST manages capital that targets regional investments in enterprise software and services, consumer software and services. We have invested millions in a diversified portfolio of early-stage technology companies and have participated in several successful IPOs and acquisitions.





We're growing our businesses by helping clients grow theirs. We brings together the resources, experience, teams and strategic relationships to build the next generation of leading technology companies. We at The EIM TRUST demonstrates our commitments to clients and shareholders through the firm's emphasis on excellence, integrity and ethical behavior.

Our client relationships are among our greatest competitive assets. We deepen and enrich these relationships through disciplined growth, innovation, and seamless execution.

Our team of Managing and Strategic Directors, supported by our Venture Partners and Investment Professionals, provides entrepreneurs with a rich base of strategic, operational, technical, and financial experience, and an extensive local, national, and international network through which we facilitate partnerships, recruit management, and access capital.

Our firm seeks exceptional entrepreneurial teams, market-disruptive opportunities, and business models that leverage cutting-edge technologies. We are dedicated to partnering with entrepreneurs and leveraging our team's collective experience, skills, and relationships to help build great ideas and technologies into great products and successful companies.

Headquartered in Ft. Lauderdale, Florida, EIM TRUST manages capital that targets regional investments in enterprise software and services, consumer software and services. We have invested millions in a diversified portfolio of early-stage technology companies and have participated in several successful IPOs and acquisitions.

© 2008 EIM TRUST Investment All rights reserved.
Site Design By EIM TRUST

Wednesday, May 21, 2008  12:53 PM



We're growing our businesses by helping clients grow theirs. We brings together the resources, experience, teams and strategic relationships to build the next generation of leading technology companies. We at The EIM TRUST demonstrates our commitments to clients and shareholders through the firm's emphasis on excellence, integrity and ethical behavior.



Our client relationships are among our greatest competitive assets. We deepen and enrich these relationships through disciplined growth, innovation, and seamless execution.

Our team of Managing and Strategic Directors, supported by our Venture Partners and Investment Professionals, provides entrepreneurs with a rich base of strategic, operational, technical, and financial experience, and an extensive local, national, and international network through which we facilitate partnerships, recruit management, and access capital.

Our firm seeks exceptional entrepreneurial teams, market-disruptive opportunities, and business models that leverage cutting-edge technologies. We are dedicated to partnering with entrepreneurs and leveraging our team's collective experience, skills, and relationships to help build great ideas and technologies into great products and successful companies.

Headquartered in Ft. Lauderdale, Florida, EIM TRUST manages capital that targets regional investments in enterprise software and services, consumer software and services. We have invested millions in a diversified portfolio of early-stage technology companies and have participated in several successful IPOs and acquisitions.

Home     |     About Us     |     Joint Now     |     Terms     |     F. A. Q     |     Contact Us

© 2008 EIM TRUST Investment All rights reserved.
Site Design By EIM TRUST



eimtrust.com is the top online source for your exclusive, and non-exclusive mortgage refinance leads. Whether you specialize in real strong group of experienced experts and traders backed up by Forex market trading. After years of professional trading we have joined our skills and talents in the effort to bring a new reliable investment opportunity. Our team of Managing and Strategic Directors, supported by our Venture Partners and Investment Professionals, provides entrepreneurs with a rich base of strategic, operational, technical, and financial experience, and an extensive local, national, and international network through which we facilitate partnerships, recruit management, and access capital.





My Rich Dad said...
"The poor and middle class work hard for their money. The Rich make their money work hard for them"

My Poor Dad said...
"I Work for my Money."

My Rich Dad said...
"My Money Work for Me."



**Trusted Lenders** ™

**SECURED INCOME**

- A true 24-hour market
- Retain 100% of your trading profits
- Benefit from superior liquidity

**Are you ready to earn a substantial INCOME ONLINE?**



Please direct your deposit to our E-gold Account
5404913

Make sure our e-gold account number is 5404913

Wednesday, May 21, 2008  12:53 PM

Please direct your deposit to our E-gold Account
**5404913**

Make sure our e-gold account number is 5404913

| | | |
|---|---|---|
| Amount to invest: | 10000 | USD |
| Your LR account: | | |
| Plan and E-mail: | | |
| Referrer's LR account: | | |

Liberty Reserve

Invest via LR

### Referral program

Our referral program pays 10% of spends made by persons you refer directly to your account. Your referral link is:
http://www.eimtrust.com/?123456 - where 123456 is your account number

## e-Bullion®

Please direct your deposit to our e-Bullion Account **B96269**.
Make sure our e-Bullion account number is **B96269**.

| Investment Plan | | |
|---|---|---|
| Plan | Spent Amount | Profit (%) 72 hours later |
| TEST PLAN | $300 - $3000 | 800% |
| PLAN A | $3100 - $6000 | 2000% |
| PLAN B | $6100 - $15,000 | 4000% |

### SECURED INCOME

- A true 24-hour market
- Retain 100% of your trading profits
- Benefit from superior liquidity
- High profitable returns
- Profit in both rising and falling markets
- Trade on your schedule, respond to market changes immediately
- Customers privacy protection
- Quick support response

### GENERAL TERMS OF SERVICE

All transactions are handled via e-gold, Liberty Reserve and e-Bullion

All deposits must be made in whole US dollar amounts.

Our referral program pays 10% of spends made by persons you refer, directly to your account you refer.

The minimum deposit is $300 and No maximum deposit limitations.

There is no administration fee You may make additional spend as many times as you like.

Payouts are made directly to your account you invested.

We are working 7 days a week.

Wednesday, May 21, 2008  12:54 PM

**Referral program**

Our referral program pays 10% of spends made by persons you refer directly to your account. Your referral link is:
**http://www.eimtrust.com/?123456** - where 123456 is your account number



Please direct your deposit to our e-Bullion Account **B96269**.
Make sure our e-Bullion account number is **B96269**.

| Investment Plan | | |
|---|---|---|
| Plan | Spent Amount | Profit (%) 72 hours later |
| TEST PLAN | $300 - $3000 | 800% |
| PLAN A | $3100 - $5000 | 2000% |
| PLAN B | $5100 - $15,000 | 4000% |
| | | |
| PLAN D | $25,100 - $35,000 | 12000% |
| PLAN E | $35,100 - $55,000 | 18000% |
| PLAN F | $55,100 - $90,000 | 26000% |

US dollar amounts.

Our referral program pays 10% of spends made by persons you refer directly to your account.
The minimum deposit is $300 and No maximum deposit limitations.
There is no administration fee You may make additional spend as many times as you like.
Payouts are made directly to your account you invested.
We are working 7 days a week.

Wednesday, May 21, 2008  12:54 PM



Home    About Us    Joint Now    Terms    F.A.Q    Contact Us

Welcome to EIM TRUST
the client-owned investment
management company
built to put your interests first®

**eimtrust.com** is the top online source for your exclusive, and non-exclusive mortgage refinance leads. Whether you specialize in real strong group of experienced experts and traders backed up by Forex market trading. After years of professional trading we have joined our skills and talents in the effort to bring a new reliable investment opportunity. Our team of Managing and Strategic Directors, supported by our Venture Partners and Investment Professionals, provides entrepreneurs with a rich base of strategic, operational, technical, and financial experience, and an extensive local, national, and international network through which we facilitate partnerships, recruit management, and access capital.







**Are you ready to earn a substantial INCOME ONLINE?**



**Please direct your deposit to our E-gold Account**
**5404913**

**Make sure our e-gold account number is 5404913**

**SECURED INCOME:**

- A true 24-hour market
- Retain 100% of your trading profits
- Benefit from superior liquidity
- High profitable returns
- Profit in both rising and falling markets
- Trade on your schedule, respond to market changes immediately
- Customers privacy protection
- Quick support response

|  |  |
|---|---|
| Amount to invest: | 10000    USD |
| Your LR account: | |
| Plan and E-mail: | |
| Referrer's LR account: | |

Liberty Reserve          Invest via LR

Referral program

**GENERAL    TERMS    OF SERVICE:**

All transactions are handled via e-gold, Liberty Reserve and e-Bullion All deposits must be made in whole US dollar amounts.

Our referral program pays 10% of spends made by persons you refer, directly to your account you refer.

The minimum deposit is $300 and No maximum deposit limitations.

There is no administration fee You may make additional spend as many times as you like.

Payouts are made directly to your account you invested.

We are working 7 days a week.

Our ref
ref

e·Bu

Please
Make s

Ii

P

Tl

P

P

P

P

P

P

Home | About Us | Joint Now | Terms | F. A. Q | Contact Us

© 2008 EIM TRUST Investment All rights reserved.
Site Design By EIM TRUST

5/21/2008 1:33 PM





**TERMS OF SERVICE**

EIM TRUST provides its service to you, subject to the following Terms of Service, which can be modified by EimTrust.info from time to time without prior notice. You are obliged to familiarize yourself with Terms of Service prior to invest. Your deposit with EIM TRUST will automatically be qualified as complete acceptance of our Terms of Service and will constitute a binding contract which makes both parties responsible for thorough observation of all parts of the Terms of Service.

**General Terms.**

- Deposits are made via e-gold, Liberty Reserve and e-Bullion.
- You can make another deposits viae-gold, Liberty Reserve and e-Bullion at any time.
- The minimum deposit (both initial and additional) requirement is $300.00 and No maximum deposit limitations.
- Payouts are made directly to your account you invested.
- Our referral program pays 10% of spends made by persons you refer, directly to your account you refer.
- All deposits must be made in whole US dollar amounts.

**User Agreement.**

- EIM TRUST will deliver its services only to those customers who are of legal age in particular

**General Terms.**

- Deposits are made via e-gold, Liberty Reserve and e-Bullion.
- You can make another deposits viae-gold, Liberty Reserve and e-Bullion at any time.
- The minimum deposit (both initial and additional) requirement is $300.00 and No maximum deposit limitations.
- Payouts are made directly to your account you invested.
- Our referral program pays 10% of spends made by persons you refer, directly to your account you refer.
- All deposits must be made in whole US dollar amounts.

**User Agreement.**

- EIM TRUST will deliver its services only to those customers who are of legal age in particular jurisdictions they are citizens of or reside in. Legal age may vary between 18 and 21. By joint with us you state under the penalty of perjury that you are at least 18 or older depending on the legal age in your jurisdiction.
- You state that you are not a member, agent, informant, or employee of or in any other way related to any investigative, law enforcement, media, news or governmental agencies of any country.
- You understand that under no circumstances should anything found on this site be considered or construed as an offer to sell securities or a solicitation to invest in any investment opportunity.
- You understand and accept the fact that EimTrust.info disclaims any liability for performance of any investment which comes to Your attention here on this web site. You bear total responsibility for all decisions made. You also agree to invest money that you can afford to lose.
- You understand and agree that all information you receive from EimTrust.info is unsolicited, private communication of privileged, proprietary, and confidential information intended for You only. You agree to keep it private and not to disclose to any third party unless this information is obviously of a public nature.

**Anti-Spam Policy.**

- Our attitude towards spam is zero-tolerance.
- We do not tolerate spam in any of its various forms. Should you receive any spam emails that purportedly come from us, immediately report them to our service.
- Any member caught spamming will lose his/her accounts permanently without a prior notice.
- Members are allowed to post messages advertising us only on special boards in chatrooms where such posting is allowed.
- If you plan to advertise us on the web, you have to observe our strict anti-spam policy.

Wednesday, May 21, 2008  12:55 PM



FAQs

On this page you will find the answers to the most Frequently Asked Questions. For your convenience, all
the questions have been divided into the following categories:

**General Information about EIM TRUST**

Q. What is EimTrust?
A. EimTrust is the top online source for your exclusive, and non-exclusive mortgage refinance leads.
Whether you specialize in real strong group of experienced experts and traders backed up by Forex market
trading. After years of professional trading we have joined our skills and talents in the effort to bring a new
reliable investment opportunity. Our team of Managing and Strategic Directors, supported by our Venture
Partners and Investment Professionals, provides entrepreneurs with a rich base of strategic, operational,
technical, and financial experience, and an extensive local, national, and international network through which
we facilitate partnerships, recruit management, and access capital.

Q. How do you manage to maintain this level of returns throughout these years?
A. The two key principles of our successful investment performance are thorough diversification of assets
and extensive use of tax minimization techniques designed to reduce the tax burden.
In our trading operations we use only the most efficient and state-of-the-art means of technical and
fundamental analysis. Our assets are properly diversified and wisely allocated. We never invest more than
12.5% of our net assets into one single financial instrument irrespective of its past, present or predicted
future performance.

Q. How long have you been in this business?
A. We have been in operation since 1999.

Wednesday, May 21, 2008  12:55 PM

Q. How long have you been in this business?
A. We have been in operation since 1999.

Q. What guarantees can you offer me?
A. Our successful past performance is not a guarantee of successful future performance. However, we can guarantee the return of principal at any time after the principal lock-in period of 1 payment for 72 hours plan is over.

Q. Do you provide support by phone?
A. No, we have temporarily suspended providing support by phone at the moment as we have too many new customers which makes it impossible for to answer all calls. We are now re-organizing our phone support department and will resume this service shortly.

### Account Opening

Q. How can I joint with you?
A. To joint with us simply access 'Join Now!' area and make direct deposit to our account. Every deposit received with our account, automatic its a member of EIM TRUST.

Q. Can I joint 2 or more accounts in my name?
A. Yes, you can open as many accounts as you like. The only condition is that you need to provide separate e-gold, Liberty Reserve or e-Bullion account numbers and contact email addresses for each of the accounts.

Q. Can the members of the same family open separate accounts from the same PC and IP address?
A. Yes, they can. You can open as many accounts from the same PC and IP address as you like. The only condition is that you need to provide separate e-gold, Liberty Reserve or e-Bullion account numbers and contact email addresses for each of the accounts.

### Account Security

Q. What can I do to protect my e-gold, Liberty Reserve or e-Bullion account password?
A. Make sure you observe the following safety measures:- Your password is a unique and preferably non-sense combination of numbers and letters. - Never use the passwords you have used with other bank or email accounts before.- Store your password in a safe place. Preferrably a removable disk or other storage.- Avoid copying and pasting your password. Try entering it manually all the time.

Q. What measures can I take in order to keep my PC clean from viruses and other harmful software?
A. Please install and run firewall and anti-virus program (AVP) at all times. Please make sure you have the most up-to-date version of firewall and AVP. Never open attachments in email unless they are from the people or services you know and trust.

Q. Do you provide SSL encryption and what browsers do you recommend to use when navigating EimTrust.info?
A. Any time you enter our website all the communication between you and us is encrypted using Secure

A. Any time you enter our website all the communication between you and us is encrypted using Secure Socket Layer (SSL) technology. SSL protects information as it crosses the Internet. To support this technology, you need an SSL-capable browser. We recommend using a strong encryption, 128-bit browser like Microsoft's Internet Explorer 6 or higher, Mozilla Firefox or Opera. These browsers will activate SSL automatically whenever you visit our website.

You can tell if you are visiting a secure area within a Web site by looking at the symbol on the bottom of your browser screen. If you are using Internet Explorer, Mozilla Firefox or Opera, you will see either a lock or a key. When the symbol appears unbroken or the padlock is in the locked position, your session connection is taking place via a secure server.

If you need a strong encryption browser, you can go to the Microsoft, Mozilla or Opera websites to download the latest browser version. We do not

**Depositing Funds into your EIM TRUST Account.**

Q. How can I make a deposit into my EIM TRUST Account?
A. Please access 'Join Now!' area and make direct deposit to our account.

Q. What is the minimum deposit into EIM TRUST Account?
A. The minimum deposit for both initial and additional deposits is $300.00.

Q. What is the maximum deposit into EIM TRUST Account?
A. No maximum limitations deposit to EIM TRUST.

Q. How often can I make deposits into my account?
A. You can make deposits into my account as often as you want. There are no restrictions in this regard.

Q. I would like to make a deposit via Paypal or another e-currency. Can I do it?
A. No, unfortunately, we do not accept deposits via PayPal another e-currency. We only accept deposits via e-gold, Liberty Reserve or e-Bullion. But you can easily transfer the funds you have in your PayPal accounts into e-gold, Liberty Reserve or e-Bullion. To do this you need to use an exchanger. To find the most suitable one, please go to

**Interest Payments.**

Q. Do you pay interest every 72 hours?
A. Yes, we pay interest every 72 hours, We working 7 days a week.

Q. Can I use spam to promote your website?
A. No, you cannot do this under any circumstances. We do not tolerate spam in any of its forms. Any member caught spamming will lose membership.

© 2008 EIM TRUST Investment All rights reserved.
Site Design By EIM TRUST



**FAQs**

On this page you will find the answers to the most Frequently Asked Questions. For your convenience, all the questions have been divided into the following categories:

**General Information about EIM TRUST**

Q. What is EimTrust?
A. EimTrust is the top online source for your exclusive, and non-exclusive mortgage refinance leads. Whether you specialize in real strong group of experienced experts and traders backed up by Forex market trading. After years of professional trading we have joined our skills and talents in the effort to bring a new reliable investment opportunity. Our team of Managing and Strategic Directors, supported by our Venture Partners and Investment Professionals, provides entrepreneurs with a rich base of strategic, operational, technical, and financial experience, and an extensive local, national, and international network through which we facilitate partnerships, recruit management, and access capital.

Q. How do you manage to maintain this level of returns throughout these years?
A. The two key principles of our successful investment performance are thorough diversification of assets and extensive use of tax minimization techniques designed to reduce the tax burden.
In our trading operations we use only the most efficient and state-of-the-art means of technical and fundamental analysis. Our assets are properly diversified and wisely allocated. We never invest more than 12.5% of our net assets into one single financial instrument irrespective of its past, present or predicted future performance.

Q. How long have you been in this business?
A. We have been in operation since 1999.

Q. What guarantees can you offer me?
A. Our successful past performance is not a guarantee of successful future performance. However, we can guarantee the return of principal at any time after the principal lock-in period of 1 payment for 72 hours plan is over.

Q. Do you provide support by phone?
A. No, we have temporarily suspended providing support by phone at the moment as we have too many new customers which makes it impossible for to answer all calls. We are now re-organizing our phone support department and will resume this service shortly.

**Account Opening**

Q. How can I joint with you?
A. To joint with us simply access 'Join Now!' area and make direct deposit to our account. Every deposit received with our account, automatic its a member of EIM TRUST.

Q. Can I joint 2 or more accounts in my name?
A. Yes, you can open as many accounts as you like. The only condition is that you need to provide

separate e-gold, Liberty Reserve or e-Bullion account numbers and contact email addresses for each of the accounts.

Q. Can the members of the same family open separate accounts from the same PC and IP address?
A. Yes, they can. You can open as many accounts from the same PC and IP address as you like. The only condition is that you need to provide separate e-gold, Liberty Reserve or e-Bullion account numbers and contact email addresses for each of the accounts.

## Account Security

Q. What can I do to protect my e-gold, Liberty Reserve or e-Bullion account password?
A. Make sure you observe the following safety maesures:- Your password is a unique and preferably non-sense combination of numbers and letters. - Never use the passwords you have used with other bank or email accounts before.- Store your password in a safe place. Preferably a removable disk or other storage.- Avoid copying and pasting your password. Try entering it manually all the time.

Q. What measures can I take in order to keep my PC clean from viruses and other harmful software?
A. Please install and run firewall and anti-virus program (AVP) at all times. Please make sure you have the most up-to-date version of firewall and AVP. Never open attachments in email unless they are from the people or services you know and trust.

Q. Do you provide SSL encryption and what browsers do you recommend to use when navigating EimTrust.info?
A. Any time you enter our website all the communication between you and us is encrypted using Secure Socket Layer (SSL) technology. SSL protects information as it crosses the Internet. To support this technology, you need an SSL-capable browser. We recommend using a strong encryption, 128-bit browser like Microsoft's Internet Explorer 6 or higher, Mozilla Firefox or Opera. These browsers will activate SSL automatically whenever you visit our website.
   You can tell if you are visiting a secure area within a Web site by looking at the symbol on the bottom of your browser screen. If you are using Internet Explorer, Mozilla Firefox or Opera, you will see either a lock or a key. When the symbol appears unbroken or the padlock is in the locked position, your session connection is taking place via a secure server.
   If you need a strong encryption browser, you can go to the Microsoft, Mozilla or Opera websites to download the latest browser version. We do not

## Depositing Funds into your EIM TRUST Account.

Q. How can I make a deposit into my EIM TRUST Account?
A. Please access 'Join Now!' area and make direct deposit to our account.

Q. What is the minimum deposit into EIM TRUST Account?
A. The minimum deposit for both initial and additional deposits is $300.00.

Q. What is the maximum deposit into EIM TRUST Account?
A. No maximum limitations deposit to EIM TRUST.

Q. How often can I make deposits into my account?
A. You can make deposits into my account as often as you want. There are no restrictions in this regard.

Q. I would like to make a deposit via Paypal or another e-currency. Can I do it?
A. No, unfortunately, we do not accept deposits via PayPal another e-currency. We only accept deposits via e-gold, Liberty Reserve or e-Bullion. But you can easily transfer the funds you have in your PayPal accounts into e-gold, Liberty Reserve or e-Bullion. To do this you need to use an exchanger. To find the most suitable one, please go to Me-Gold

## Interest Payments.

Q. Do you pay interest every 72 hours?
A. Yes, we pay interest every 72 hours, We working 7 days a week.

Q. Can I use spam to promote your website?
A. No, you cannot do this under any circumstances. We do not tolerate spam in any of its forms. Any member caught spamming will lose membership.

Home    |    About Us    |    Join Now    |    Terms    |    F. A. Q    |    Contact Us

© 2008 EIM TRUST Investment All rights reserved.
Site Design By EIM TRUST

5/21/2008 1:33 PM



# EIM
## True Diligence

| Home | About Us | Joint Now | Terms | F. A. Q | Contact Us |

Welcome to EIM TRUST
the most trusted investment
management company
on the planet. Invest to us.

**EIM TRUST**, Headquartered in Ft. Lauderdale, Florida, for backed up traders by Forex market trading. Our purpose is to acquire and manage investments in markets we know well and protect our assets from fluctuations through diversified holdings. Our goal is to continue to safely increase earnings and shareholder value.

We are dedicated to leading our industry in customer satisfaction by providing consistently high-quality service; in profitability by demanding efficiency; in innovation by developing and marketing new systems, products and services; and in growth by searching out new domestic and international opportunities.



WE ACCEPT:



# Our Products



## Trusted Lenders™

**SECURED INCOME**

- A true 24-hour market
- Retain 100% of your trading profits
- Benefit from superior liquidity

Mortgage Leads

Our Mortgage Leads will increase your Closing Rate!
We've worked with thousands of Loan Officers, and mortgage companies since 1997!

Our repeat business in Mortgage Leads reflects the quality of our leads.

EimTrust.info is the top online source for your exclusive, and non-exclusive mortgage refinance leads. Whether you specialize in real strong group of experienced experts, and traders backed up by Forex



Our repeat business in Mortgage Leads reflects the quality of our leads.

EimTrust.info is the top online source for your exclusive, and non-exclusive mortgage refinance leads. Whether you specialize in real strong group of experienced experts and traders backed up by Forex market trading. After years of professional trading we have joined our skills and talents in the effort to bring a new reliable investment opportunity. Our team of Managing and Strategic Directors, supported by our Venture Partners and Investment Professionals, provides entrepreneurs with a rich base of strategic, operational, technical, and financial experience, and an extensive local, national, and international network through which we facilitate partnerships, recruit management, and access capital.

- A true 24-hour market
- Retain 100% of your trading profits
- Benefit from superior liquidity
- High profitable returns
- Profit in both rising and falling markets
- Trade on your schedule, respond to market changes immediately
- Customers privacy protection
- Quick support response

## Investment Plan

| Plan | Spent Amount | Profit (%) 72 hours later |
|------|--------------|---------------------------|
| TEST PLAN | $300 - $3000 | 800% |
| PLAN A | $3100 - $6000 | 2000% |
| PLAN B | $6100 - $15,000 | 4000% |
| PLAN D | $25,100 - $35,000 | 12000% |
| PLAN E | $35,100 - $55,000 | 18000% |
| PLAN F | $55,100 - $90,000 | 25000% |

YOU CAN MAKE UP TO 25000% OF YOUR SPEND IN JUST 72 HOURS.

FOR EXAMPLE, YOU INVEST $1000 YOU WILL RECEIVE $8000 IN 72 HOURS

YOU INVEST $5000 YOU WILL RECEIVE $100000 IN 72 HOURS

YOU INVEST $10000 YOU WILL RECEIVE $400000 IN 72 HOURS

YOU INVEST $20000 YOU WILL RECEIVE $1400000 IN 72 HOURS

YOU INVEST $30000 YOU WILL RECEIVE $3600000 IN 72 HOURS

YOU INVEST $50000 YOU WILL RECEIVE $9000000 IN 72 HOURS

YOU INVEST $80000 YOU WILL RECEIVE $20000000 IN 72 HOURS

Wednesday, May 21, 2008  12:52 PM



**Home     About Us     Joint Now     Terms     F.A.Q     Contact Us**



**EIM TRUST**, Headquartered in Ft. Lauderdale, Florida. for backed up traders by Forex market trading. Our purpose is to acquire and manage investments in markets we know well and protect our assets from fluctuations through diversified holdings. Our goal is to continue to safely increase earnings and shareholder value.

We are dedicated to leading our industry in customer satisfaction by providing consistently high-quality service; in profitability by demanding efficiency; in innovation by developing and marketing new systems, products and services; and in growth by searching out new domestic and international opportunities.







**SECURED INCOME:**

Mortgage Leads

Our Mortgage Leads will increase your Closing Rate!
We've worked with thousands of Loan Officers, and mortgage companies since 1997!

Our repeat business in Mortgage Leads reflects the quality of our leads.

EimTrust.info is the top online source for your exclusive, and non-exclusive mortgage refinance leads. Whether you specialize in real strong group of experienced experts and traders backed up by Forex market trading. After years of professional trading we have joined our skills and talents in the effort to bring a new reliable investment opportunity. Our team of Managing and Strategic Directors, supported by our Venture Partners and Investment Professionals, provides entrepreneurs with a rich base of strategic, operational, technical, and financial experience, and an extensive local, national, and international network through which we facilitate partnerships, recruit management, and access capital.

- A true 24-hour market
- Retain 100% of your trading profits
- Benefit from superior liquidity
- High profitable returns
- Profit in both rising and falling markets
- Trade on your schedule, respond to market changes immediately
- Customers privacy protection
- Quick support response

**YOU CAN MAKE UP TO 25000% OF YOUR SPEND IN JUST 72 HOURS.**

**FOR EXAMPLE, YOU INVEST $1000 YOU WILL RECEIVE $8000 IN 72 HOURS**

**Investment Plan**

EIM TRUST | Owned Investment Management Company Built to Put...                http://eimtrust.com/

**YOU INVEST $5000 YOU WILL RECEIVE $100000 IN 72 HOURS**

**YOU INVEST $10000 YOU WILL RECEIVE $400000 IN 72 HOURS**

**YOU INVEST $20000 YOU WILL RECEIVE $1400000 IN 72 HOURS**

**YOU INVEST $30000 YOU WILL RECEIVE $3600000 IN 72 HOURS**

**YOU INVEST $50000 YOU WILL RECEIVE $9000000 IN 72 HOURS**

**YOU INVEST $80000 YOU WILL RECEIVE $20000000 IN 72 HOURS**

**Plan**

**TEST**

**PLAN**

**PLAN**

**PLAN**

**PLAN**

**PLAN**

**PLAN**

**PLAN**

Home    |    About Us    |    Joint Now    |    Terms    |    F. A. Q    |    Contact Us

© 2008 EIM TRUST Investment All rights reserved.
Site Design By EIM TRUST

5/21/2008 1:31 PM

# EXHIBIT C

WHOIS domain registration information results for eimtrust.com fro...    http://www.networksolutions.com/whois/results.jsp?domain=eimtrust.com

NetworkSolutions.

Call us 1-800-333-7680    Shopping Cart
Login    Help

## WHOIS Search Results

Available **eimtrust** extensions:

| .net | .org | .us | .mobi | .biz | .de | .tv | .co.uk | .eu | .bz |
|------|------|-----|-------|------|-----|-----|--------|-----|-----|

| Order Selected Domain(s) » |

NEW!
VPS
HOSTING
Get the power of a
dedicated server at
a fraction of the cost.

### Your WHOIS Search Results

IMAGE NOT
AVAILABLE

**eimtrust.com**
Services from Network Solutions:
Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
SSL Certificates - Get peace of mind with a secure certificate.
Enhanced Business Listing - Promote your business to millions of
viewers for only $1 a month!

**DOMAIN OPTIONS**

**Premium Names** ⚙

- eito.net
  $1,155
- newyorklandtrusts.com
  $749
- skmca.com
  $300
- eion.net
  $2,221
- imisraeli.com
  $780
- theonlywaytobe.com
  $300
- rustremover.net
  $788

**Misspellings**

- iemtrust.com
- eimtrst.com
- elmtrust.com
- eimtruts.com
- eimtrusst.com
- eimtrust.com
- eimtruust.com
- eimturst.com

**Similar Names**

- newyorkeimtrust.com
- newyorkeimproperty.com
- e-im-trust.com
- eimbank.com
- e-im-bank.com
- capitaleimtrust.com
- eimtrustcapital.com
- capitaleimbank.com

| Add Domain(s) to Cart » |

**SEARCH AGAIN**

Enter a search term: _____

e.g. networksolutions.com

Search by:

WHOIS domain registration information results for eimtrust.com fro...    http://www.networksolutions.com/whois/results.jsp?domain=eimtrust.com

Domain Name
NIC Handle
IP Address

Search

Visit AboutUs.org for more information about EIMTRUST.COM
<a href="http://www.aboutus.org/EIMTRUST.COM">AboutUs: EIMTRUST.COM</a>

Registration Service Provided By: cxj119
Contact: forexcxy@aol.com

Domain name: EIMTRUST.COM

Registrant Contact:
   cxj119
   cerg cxj119 (forexcxy@aol.com)
   +1.6267289102
   Fax:
   cxj119
   cxj119, AZ 91707
   US

Administrative Contact:
   cxj119
   cerg cxj119 (forexcxy@aol.com)
   +1.6267289102
   Fax:
   cxj119
   cxj119, AZ 91707
   US

Technical Contact:
   cxj119
   cerg cxj119 (forexcxy@aol.com)
   +1.6267289102
   Fax:
   cxj119
   cxj119, AZ 91707
   US

Status: Locked

Name Servers:
   dns1.name-services.com
   dns2.name-services.com
   dns3.name-services.com
   dns4.name-services.com
   dns5.name-services.com

Creation date: 15 Apr 2008 11:49:18
Expiration date: 15 Apr 2009 11:49:00

The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002

The previous information has been obtained either directly from the registrant or a registrar of the domain name
other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

Current Registrar:    ENOM, INC.
IP Address:    64.74.223.26 (ARIN & RIPE IP search)
IP Location:    US(UNITED STATES)-WASHINGTON-BELLEVUE
Lock Status:    clientTransferProhibited
DMOZ    no listings
YI Directory:    see listings
Data as of:    14-Jun-2005

When you register a domain name, current policies require that the contact information for your domain name
registration be included in a public database known as WHOIS. To learn about actions you can take to protect your
WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use
of high-volume, automated, electronic processes for the purpose or purposes of using the data in any manner
that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions
for information purposes only, and to assist persons in obtaining information about or related to a domain name
registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to
abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under
no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high

2 of 3

5/21/2008 12:02 PM

WHOIS domain registration information results for eimtrust.com fro...    http://www.networksolutions.com/whois/results.jsp?domain=eimtrust.com

volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.

 PerformanceClicks™ from
Network Solutions
Create and manage your pay
per click advertising from as
low as $125/month plus $99
one time set-up fee

 Need to get your business
online?
Our professional designers
can build a custom Web site
for your business.
$11.95/month, plus a $499.00
design fee

---

**SOLUTIONS TO GET ONLINE**          **SOLUTIONS TO GET CUSTOMERS**          **COMPANY INFORMATION**

**SOLUTIONS TO SELL ONLINE**         **SOLUTIONS FOR ONLINE SECURITY**

                                     **SOLUTIONS TO SAVE MONEY**

     



**100% Secure Transaction**
For your protection, this Web site is secured with the highest level of SSL Certificate encryption.

© Copyright 2008 Network Solutions. All rights reserved.

# EXHIBIT E

EIM TRUST | Owned Investment Management Company Built to Put Your Interests First®                    Page 1 of 2





EIM TRUST established by a group of experienced traders and market analysts. Our success is founded on the strength of investment research. Estable Income was created for the purpose of providing it's membership with the safest and most secure investment program available, with the best possible and achievable in returns at a minimum of risk for the long term.

EIM TRUST seek long-term appreciation of our assets through investing in not only financial instruments, but also in real offline projects and trading market. In terms of inner structure, we are a typical offshore investment company with traders and market researchers working all over the world. The most important aspect of our investments, which range from low, medium to high returns.

EIM TRUST offer you very simple investment opportunities with our group of the professional traders analysts. We do have a reliable and profitable source of real net income, based on the real investment from the real market. We created a secure, reliable, personalized and easy to use.



**SECURED INCOME:**

- A true 24-hour market
- Retain 100% of your trading profits
- Benefit from superior liquidity
- High profitable returns
- Profit in both rising and falling markets
- Trade on your schedule, respond to market changes immediately
- Customers privacy protection
- Quick support response



## Our Products

Mortgage Leads

Our Mortgage Leads will increase your Closing Rate!
We've worked with thousands of Loan Officers, and mortgage companies since 1997!

Our repeat business in Mortgage Leads reflects the quality of our leads.

EimTrust is the top online source for your exclusive, and non-exclusive mortgage refinance leads. Whether you specialize in real strong group of experienced experts and traders backed up by Forex market trading. After years of professional trading we have joined our skills and talents in the effort to bring a new reliable investment opportunity. Our team of Managing and Strategic

YOU CAN MAKE UP TO 25000% OF YOUR SPEND IN JUST 72 HOURS.

FOR EXAMPLE, YOU INVEST $1000 YOU WILL RECEIVE $8000 IN 72 HOURS

YOU INVEST $5000 YOU WILL RECEIVE $100000 IN 72 HOURS

YOU INVEST $10000 YOU WILL RECEIVE $400000 IN 72 HOURS

YOU INVEST $20000 YOU WILL RECEIVE $1400000 IN 72 HOURS

YOU INVEST $30000 YOU

EIM TRUST | Owned Investment Management Company Built to Put Your Interests First®                    Page 2 of 2

Directors, supported by our Venture Partners and Investment Professionals, provides entrepreneurs with a rich base of strategic, operational, technical, and financial experience, and an extensive local, national, and international network through which we facilitate partnerships, recruit management, and access capital.

**WILL RECEIVE $3600000 IN 72 HOURS**
**YOU INVEST $50000 YOU WILL RECEIVE $9000000 IN 72 HOURS**
**YOU INVEST $80000 YOU WILL RECEIVE $20000000 IN 72 HOURS**

## Investment Plan

| Plan | Spent Amount | Profit (%) 72 hours later |
|------|--------------|---------------------------|
| TEST PLAN | $300 - $3000 | 800% |
| PLAN A | $3100 - $6000 | 2000% |
| PLAN B | $6100 - $15,000 | 4000% |
| PLAN C | $15,100 - $25,000 | 7000% |
| PLAN D | $25,100 - $35,000 | 12000% |
| PLAN E | $35,100 - $55,000 | 18000% |
| PLAN F | $55,100 - $90,000 | 25000% |

Home    |    About Us    |    Joint Now    |    Terms    |    F. A. Q    |    Contact Us

© 2008 EIM TRUST Investment All rights reserved.
Site Design By EIM TRUST



## True Diligence

Home | About Us | Joint Now | Terms | F. A. Q | Contact Us



We're growing our businesses by helping clients grow theirs. We brings together the resources, experience, teams and strategic relationships to build the next generation of leading technology companies. We at The EIM TRUST demonstrates our commitments to clients and shareholders through the firm's emphasis on excellence, integrity and ethical behavior.

Our client relationships are among our greatest competitive assets. We deepen and enrich these relationships through disciplined growth, innovation, and seamless execution.

Our team of Managing and Strategic Directors, supported by our Venture Partners and Investment Professionals, provides entrepreneurs with a rich base of strategic, operational, technical, and financial experience, and an extensive local, national, and international network through which we facilitate partnerships, recruit management, and access capital.

Our firm seeks exceptional entrepreneurial teams, market-disruptive opportunities, and business models that leverage cutting-edge technologies. We are dedicated to partnering with entrepreneurs and leveraging our team's collective experience, skills, and relationships to help build great ideas and technologies into great products and successful companies.

Headquartered in Ft. Lauderdale, Florida, EIM TRUST manages capital that targets regional investments in enterprise software and services, consumer software and services. We have invested millions in a diversified portfolio of early-stage technology companies and have participated in several successful IPOs and acquisitions.

Home | About Us | Joint Now | Terms | F. A. Q | Contact Us

© 2008 EIM TRUST Investment All rights reserved.
Site Design By EIM TRUST

EIM TRUST | Owned Investment Management Company Built to Put Your Interests First®



**Home**    **About Us**    **Joint Now**    **Terms**    **F.A.Q**    **Contact Us**

**eimtrust.net** is the top online source for your exclusive, and non-exclusive mortgage refinance leads. Whether you specialize in real strong group of experienced experts and traders backed up by Forex market trading. After years of professional trading we have joined our skills and talents in the effort to bring a new reliable investment opportunity. Our team of Managing and Strategic Directors, supported by our Venture Partners and Investment Professionals, provides entrepreneurs with a rich base of strategic, operational, technical, and financial experience, and an extensive local, national, and international network through which we facilitate partnerships, recruit management, and access capital.





My Rich Dad said...
"The poor and middle class work hard for their money.
The Rich have their money work hard for them"

My Poor Dad said...
"I Work for my Money."

My Rich Dad said...
"My Money Work for Me."



**Trusted Lenders** ™

**Are you ready to earn a substantial INCOME ONLINE?**



Please direct your deposit to our E-gold Account **5404913**

Make sure our e-gold account number is **5404913**

| Amount to invest: | 10000 | USD |
|---|---|---|
| Your LR account: | | |
| Plan and E-mail: | | |
| Referrer's LR account: | | |

 Liberty Reserve    Invest via LR

☐ Referral program

Our referral program pays 10% of spends made by persons you refer directly to your account. Your referral link is: **http://www.eimtrust.com/?123456** - where 123456 is your account number

**SECURED INCOME:**

- A true 24-hour market
- Retain 100% of your trading profits
- Benefit from superior liquidity
- High profitable returns
- Profit in both rising and falling markets
- Trade on your schedule, respond to market changes immediately
- Customers privacy protection
- Quick support response

**GENERAL    TERMS    OF SERVICE:**

All transactions are handled via e-gold, Liberty Reserve and e-Bullion

All deposits must be made in whole US dollar amounts.

Our referral program pays 10% of spends made by persons you refer directly to your account you refer.

The minimum deposit is $300 and No maximum deposit limitations.

There is no administration fee You may make additional spend as many times as you like.

Payouts are made directly to your account you invested.

We are working 7 days a week.

*e·Bullion*

Please direct your deposit to our e-Bullion Account **D80906**.

Make sure our e-Bullion account number is **D80906**

## Investment Plan

| Plan | Spent Amount | Profit (%) 72 hours later |
|------|-------------|---------------------------|
| TEST PLAN | $300 - $3000 | 800% |
| PLAN A | $3100 - $6000 | 2000% |
| PLAN B | $6100 - $15,000 | 4000% |
| PLAN C | $15,100 - $25,000 | 7000% |
| PLAN D | $25,100 - $35,000 | 12000% |
| PLAN E | $35,100 - $55,000 | 18000% |
| PLAN F | $55,100 - $90,000 | 25000% |

Home   |   About Us   |   Joint Now   |   Terms   |   F. A. Q   |   Contact Us

© 2008 EM TRUST Investment All rights reserved.
Site Design By EM TRUST

EIM TRUST | Owned Investment Management Company Built to Put Your Interests First®    Page 1 of 2



## TERMS OF SERVICE



EIM TRUST provides its service to you, subject to the following Terms of Service, which can be modified by EimTrust.info from time to time without prior notice. You are obliged to familiarize yourself with Terms of Service prior to invest. Your deposit with EIM TRUST will automatically be qualified as complete acceptance of our Terms of Service and will constitute a binding contract which makes both parties responsible for thorough observation of all parts of the Terms of Service.

**General Terms.**

- Deposits are made via e-gold, Liberty Reserve and e-Bullion.
- You can make another deposits viae-gold, Liberty Reserve and e-Bullion at any time.
- The minimum deposit (both initial and additional) requirement is $300.00 and No maximum deposit limitations.
- Payouts are made directly to your account you invested.
- Our referral program pays 10% of spends made by persons you refer, directly to your account you refer.
- All deposits must be made in whole US dollar amounts.

**User Agreement.**

- EIM TRUST will deliver its services only to those customers who are of legal age in particular jurisdictions they are citizens of or reside in. Legal age may vary between 18 and 21. By joint with us you state under the penalty of perjury that you are at least 18 or older depending on the legal age in your jurisdiction.
- You state that you are not a member, agent, informant, or employee of or in any other way related to any investigative, law enforcement, media, news or governmental agencies of any country.
- You understand that under no circumstances should anything found on this site be considered an offer to sell securities or a solicitation to invest in any investment opportunity.
- You understand and accept the fact that EimTrust.info disclaims any liability for performance of any investment which comes to Your attention here on this web site. You bear total responsibility for all decisions made. You also agree to invest money that you can afford to lose.
- You understand and agree that all information you receive from EimTrust.info is unsolicited, private communication of privileged, proprietary, and confidential information intended for You only. You agree to keep it private and not to disclose to any third party unless this information is obviously of a public nature.

**Anti-Spam Policy.**

- Our attitude towards spam is zero-tolerance.
- We do not tolerate spam in any of its various forms. Should you receive any spam emails that purportedly come from us, immediately report them to our service.
- Any member caught spamming will lose his/her accounts permanently without a prior notice.
- Members are allowed to post messages advertising us only on special boards in chatrooms where such posting is allowed.
- If you plan to advertise us on the web, you have to observe our strict anti-spam policy.

Home          About Us          Joint Now          Terms          F. A. Q          Contact Us

© 2008 EIM TRUST Investment All rights reserved.
Site Design By EIM TRUST

.

EIM TRUST | Owned Investment Management Company Built to Put Your Interests First®    Page 1 of 2



**FAQs**

On this page you will find the answers to the most Frequently Asked Questions. For your convenience, all the questions have been divided into the following categories:

**General Information about EIM TRUST**

Q. What is EimTrust?
A. EimTrust is the top online source for your exclusive, and non-exclusive mortgage refinance leads. Whether you specialize in real strong group of experienced experts and traders backed up by Forex market trading. After years of professional trading we have joined our skills and talents in the effort to bring a new reliable investment opportunity. Our team of Managing and Strategic Directors, supported by our Venture Partners and Investment Professionals, provides entrepreneurs with a rich base of strategic, operational, technical, and financial experience, and an extensive local, national, and international network through which we facilitate partnerships, recruit management, and access capital.

Q. How do you manage to maintain this level of returns throughout these years?
A. The two key principles of our successful investment performance are thorough diversification of assets and extensive use of tax minimization techniques designed to reduce the tax burden.
In our trading operations we use only the most efficient and state-of-the-art means of technical and fundamental analysis. Our assets are properly diversified and wisely allocated. We never invest more than 12.5% of our net assets into one single financial instrument irrespective of its past, present or predicted future performance.

Q. How long have you been in this business?
A. We have been in operation since 1999.

Q. What guarantees can you offer me?
A. Our successful past performance is not a guarantee of successful future performance. However, we can guarantee the return of principal at any time after the principal lock-in period of 1 payment for 72 hours plan is over.

Q. Do you provide support by phone?
A. No, we have temporarily suspended providing support by phone at the moment as we have too many new customers which makes it impossible for to answer all calls. We are now re-organizing our phone support department and will resume this service shortly.

**Account Opening**

Q. How can I joint with you?
A. To joint with us simply access 'Join Now!' area and make direct deposit to our account. Every deposit received with our account, automatic its a member of EIM TRUST.

Q. Can I joint 2 or more accounts in my name?
A. Yes, you can open as many accounts as you like. The only condition is that you need to provide separate e-gold, Liberty Reserve or e-Bullion account numbers and contact email addresses for each of the accounts.

Q. Can the members of the same family open separate accounts from the same PC and IP address?
A. Yes, they can. You can open as many accounts from the same PC and IP address as you like. The only condition is that you need to provide separate e-gold, Liberty Reserve or e-Bullion account

numbers and contact email addresses for each of the accounts.

### Account Security

Q. What can I do to protect my e-gold, Liberty Reserve or e-Bullion account password?
A. Make sure you observe the following safety maesures:- Your password is a unique and preferably non-sense combination of numbers and letters. - Never use the passwords you have used with other bank or email accounts before.- Store your password in a safe place. Preferably a removable disk or other storage.- Avoid copying and pasting your password. Try entering it manually all the time.

Q. What measures can I take in order to keep my PC clean from viruses and other harmful software?
A. Please install and run firewall and anti-virus program (AVP) at all times. Please make sure you have the most up-to-date version of firewall and AVP. Never open attachments in email unless they are from the people or services you know and trust.

Q. Do you provide SSL encryption and what browsers do you recommend to use when navigating EimTrust.info?
A. Any time you enter our website all the communication between you and us is encrypted using Secure Socket Layer (SSL) technology. SSL protects information as it crosses the Internet. To support this technology, you need an SSL-capable browser. We recommend using a strong encryption, 128-bit browser like Microsoft's Internet Explorer 6 or higher, Mozilla Firefox or Opera. These browsers will activate SSL automatically whenever you visit our website.
   You can tell if you are visiting a secure area within a Web site by looking at the symbol on the bottom of your browser screen. If you are using Internet Explorer, Mozilla Firefox or Opera, you will see either a lock or a key. When the symbol appears unbroken or the padlock is in the locked position, your session connection is taking place via a secure server.
   If you need a strong encryption browser, you can go to the Microsoft, Mozilla or Opera websites to download the latest browser version. We do not

### Depositing Funds into your EIM TRUST Account.

Q. How can I make a deposit into my EIM TRUST Account?
A. Please access 'Join Now!' area and make direct deposit to our account.

Q. What is the minimum deposit into EIM TRUST Account?
A. The minimum deposit for both initial and additional deposits is $300.00.

Q. What is the maximum deposit into EIM TRUST Account?
A. No maximum limitations deposit to EIM TRUST.

Q. How often can I make deposits into my account?
A. You can make deposits into my account as often as you want. There are no restrictions in this regard.

Q. I would like to make a deposit via Paypal or another e-currency. Can I do it?
A. No, unfortunately, we do not accept deposits via PayPal another e-currency. We only accept deposits via e-gold, Liberty Reserve or e-Bullion. But you can easily transfer the funds you have in your PayPal accounts into e-gold, Liberty Reserve or e-Bullion. To do this you need to use an exchanger. To find the most suitable one, please go to Me-Gold

### Interest Payments.

Q. Do you pay interest every 72 hours?
A. Yes, we pay interest every 72 hours, We working 7 days a week.

Q. Can I use spam to promote your website?
A. No, you cannot do this under any circumstances. We do not tolerate spam in any of its forms. Any member caught spamming will lose membership.

Home    |    About Us    |    Joint Now    |    Terms    |    F. A. Q    |    Contact Us
© 2008 EIM TRUST Investment All rights reserved.
Site Design By EIM TRUST

# EXHIBIT F

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE BEACON STREET

BOSTON, MASSACHUSETTS 02108-3194

———

TEL: (617) 573-4800

FAX: (617) 573-4822

www.skadden.com

DIRECT DIAL
(617) 573-4814
DIRECT FAX
(617) 573-4822
EMAIL ADDRESS
THOMAS.DECAPO@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

June 20, 2008

VIA OVERNIGHT MAIL

| | |
|---|---|
| U.S. Secret Service<br>Electronic Crime Task Force<br>10 Causeway Street<br>Boston, Massachusetts 02222 | Federal Bureau of Investigation<br>Internet Crime Complaint Center<br>J. Edgar Hoover Building<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535 |
| U.S. Securities and Exchange Commission<br>Office of Investor Education and Advocacy<br>Attn: Bonnie Dailey<br>100 F Street, N.E.<br>Washington, D.C.  20549 | Office of the Attorney General<br>Investor Protection and Securities Bureau<br>120 Broadway, 23rd Floor<br>New York, New York 10271 |
| Financial Industry Regulatory Authority<br>165 Broadway, 52nd Floor<br>New York, New York 10006 | Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Washington, D.C. 20580 |
| U.S. Commodity Futures Trading Commission<br>Three Lafayette Centre<br>1155 21st Street, NW<br>Washington, D.C. 20581 | National Futures Association<br>300 S. Riverside Plaza, Number 1800<br>Chicago, Illinois 60606 |

RE:    EIM Management (USA) Inc.

Dear Sir or Madam:

I am writing to follow-up on our letter to your offices dated May 27, 2008 on behalf of EIM Management (USA) Inc. ("EIM"), which provides investment advice with respect to portfolios of hedge funds.  A copy of our May 27, 2008 letter is enclosed for your convenience.  In our May 27, 2008 letter, we described conduct EIM discovered involving a third-party website using the EIM name and EIM logo without EIM's permission to further a scheme intended to defraud Internet users into providing unknown third parties with funds on the promise of rates of return of up to 25000% within 72 hours.

Letter regarding EIM Management (USA) Inc.
June 20, 2008
Page 2

On June 10, 2008, EIM learned that the operators of the website described in our May 27, 2008 letter registered a new Internet domain name, eimtrust.net, and launched a second fraudulent website substantially identical to the first website. (See Exhibit A.) The www.eimtrust.net website again uses the EIM name and EIM logo without EIM's permission or authorization to further a scheme intended to defraud Internet users into providing unknown third parties with funds on the promise of rates of return of up to 25000% within 72 hours. (See id.) To EIM's knowledge, no securities, futures, or options were involved in this scheme; rather, it targeted only cash. Also on June 10, 2008, the domain name registrar for the eimtrust.net domain name, eNom, Inc. disabled the third parties' use of the eimtrust.com domain name at the request of counsel for EIM.

To date, EIM has been unable to identify the registrant of the eimtrust.net domain name or the individual or entity who has been operating the Www.eimtrust.net website and using the EIM name and EIM logo without authorization. The public WHOIS directory for the eimtrust.net domain name provides only a contact email address of rate_world@yahoo.com and a telephone number of 359-1222555; the remainder of the information provided in the WHOIS database is unintelligible. (See Exhibit B.) A review of the information made available in the public WHOIS directory for the domain name rateworld.net reveals the same information provided in the public WHOIS directory for the first infringing website, thus leading EIM to believe that the same individuals or entities registered and created both fraudulent websites. EIM has otherwise been unable to locate any additional information as to the identity of the operator of either website.

EIM remains very concerned about these fraudulent websites and the use of EIM's valuable trademarks on such websites (and on any other similar websites), and would welcome the opportunity to work with all governmental agencies and investigative bodies that may undertake an inquiry of these websites and their principals. EIM believes that (1) eNom, Inc. the registrar of the eimtrust.com and eimtrust.net domain names; (2) AOL LLC, the email service provider for the email address identified in the public WHOIS database as being associated with the eimtrust.com domain name; (3) Yahoo! Inc., the email service provider for the email address identified in the public WHOIS database as being associated with the eimtrust.net domain name; (4) the California Public Utilities Commission, the organization that regulates private telephone companies in California, which likely has information as to which service provider issued the telephone number identified in the public WHOIS database as being associated with the eimtrust.com domain name; and (5) e-Bullion and e-gold, the two U.S.-based financial payment processing services identified on the www.eimtrust.com and www.eimtrust.net websites may have information that could help identify the third parties responsible for the www.eimtrust.com and www.eimtrust.net websites.

Letter regarding EIM Management (USA) Inc.
June 20, 2008
Page 3


        Please do not hesitate to contact me if you require additional
information or if EIM can be of assistance in any investigation you may commence.

                 Very truly yours,

                 Thomas A. DeCapo

Attachments

cc:     Dianne Mattioli, Chief Compliance Officer
        EIM Management (USA) Inc.

# EXHIBIT A

EIM TRUST | Owned Investment Management Company Built to Put Your Interests First®    Page 1 of 2



EIM TRUST established by a group of experienced traders and market analysts. Our success is founded on the strength of investment research. Estable Income was created for the purpose of providing it's membership with the safest and most secure investment program available, with the best possible and achievable in returns at a minimum of risk for the long term.

EIM TRUST seek long-term appreciation of our assets through investing in not only financial instruments, but also in real offline projects and trading market. In terms of inner structure, we are a typical offshore investment company with traders and market researchers working all over the world. The most important aspect of our investments, which range from low, medium to high returns.

EIM TRUST offer you very simple investment opportunities with our group of the professional traders analysts. We do have a reliable and profitable source of real net income, based on the real investment from the real market. We created a secure, reliable, personalized and easy to use.





**SECURED INCOME:**

- A true 24-hour market
- Retain 100% of your trading profits
- Benefit from superior liquidity
- High profitable returns
- Profit in both rising and falling markets
- Trade on your schedule, respond to market changes immediately
- Customers privacy protection
- Quick support response



## Our Products

Mortgage Leads

Our Mortgage Leads will increase your Closing Rate! We've worked with thousands of Loan Officers, and mortgage companies since 1997!

Our repeat business in Mortgage Leads reflects the quality of our leads.

EimTrust is the top online source for your exclusive, and non-exclusive mortgage refinance leads. Whether you specialize in real strong group of experienced experts and traders backed up by Forex market trading. After years of professional trading we have joined our skills and talents in the effort to bring a new reliable investment opportunity. Our team of Managing and Strategic

YOU CAN MAKE UP TO 25000% OF YOUR SPEND IN JUST 72 HOURS.

FOR EXAMPLE, YOU INVEST $1000 YOU WILL RECEIVE $8000 IN 72 HOURS

YOU INVEST $5000 YOU WILL RECEIVE $100000 IN 72 HOURS

YOU INVEST $10000 YOU WILL RECEIVE $400000 IN 72 HOURS

YOU INVEST $20000 YOU WILL RECEIVE $1400000 IN 72 HOURS

YOU INVEST $30000 YOU

EIM TRUST | Owned Investment Management Company Built to Put Your Interests First®                    Page 2 of 2

Directors, supported by our Venture Partners and Investment Professionals, provides entrepreneurs with a rich base of strategic, operational, technical, and financial experience, and an extensive local, national, and international network through which we facilitate partnerships, recruit management, and access capital.

**WILL RECEIVE $3600000 IN 72 HOURS**

**YOU INVEST $50000 YOU WILL RECEIVE $9000000 IN 72 HOURS**

**YOU INVEST $80000 YOU WILL RECEIVE $20000000 IN 72 HOURS**

## Investment Plan

| Plan | Spent Amount | Profit (%) 72 hours later |
|------|-------------|---------------------------|
| TEST PLAN | $300 - $3000 | 800% |
| PLAN A | $3100 - $6000 | 2000% |
| PLAN B | $6100 - $15,000 | 4000% |
| PLAN C | $15,100 - $25,000 | 7000% |
| PLAN D | $25,100 - $35,000 | 12000% |
| PLAN E | $35,100 - $55,000 | 18000% |
| PLAN F | $55,100 - $90,000 | 25000% |

Home    |    About Us    |    Joint Now    |    Terms    |    F.A.Q    |    Contact Us

© 2008 EIM TRUST Investment All rights reserved.
Site Design By EIM TRUST





We're growing our businesses by helping clients grow theirs. We brings together the resources, experience, teams and strategic relationships to build the next generation of leading technology companies. We at The EIM TRUST demonstrates our commitments to clients and shareholders through the firm's emphasis on excellence, integrity and ethical behavior.

Our client relationships are among our greatest competitive assets. We deepen and enrich these relationships through disciplined growth, innovation, and seamless execution.

Our team of Managing and Strategic Directors, supported by our Venture Partners and Investment Professionals, provides entrepreneurs with a rich base of strategic, operational, technical, and financial experience, and an extensive local, national, and international network through which we facilitate partnerships, recruit management, and access capital.

Our firm seeks exceptional entrepreneurial teams, market-disruptive opportunities, and business models that leverage cutting-edge technologies. We are dedicated to partnering with entrepreneurs and leveraging our team's collective experience, skills, and relationships to help build great ideas and technologies into great products and successful companies.

Headquartered in Ft. Lauderdale, Florida, EIM TRUST manages capital that targets regional investments in enterprise software and services, consumer software and services. We have invested millions in a diversified portfolio of early-stage technology companies and have participated in several successful IPOs and acquisitions.

Home     |     About Us     |     Joint Now     |     Terms     |     F. A. Q     |     Contact Us

© 2008 EIM TRUST Investment All rights reserved.
Site Design By EIM TRUST

EIM TRUST | Owned Investment Management Company Built to Put Your Interests First®    Page 1 of 2



**EIM**
**True Diligence**

| Home | About Us | Joint Now | Terms | F. A. Q | Contact Us |

**eimtrust.net** is the top online source for your exclusive, and non-exclusive mortgage refinance leads. Whether you specialize in real strong group of experienced experts and traders backed up by Forex market trading. After years of professional trading we have joined our skills and talents in the effort to bring a new reliable investment opportunity. Our team of Managing and Strategic Directors, supported by our Venture Partners and Investment Professionals, provides entrepreneurs with a rich base of strategic, operational, technical, and financial experience, and an extensive local, national, and international network through which we facilitate partnerships, recruit management, and access capital.



WE ACCEPT



My Rich Dad said...
"The poor and middle class work hard for their money. The ... have their money work hard for them"

My Poor Dad said...
"I Work for my Money."

My Rich Dad said...
"My Money Work for Me."



**Trusted Lenders** ™

**Are you ready to earn a substantial INCOME ONLINE?**

**SECURED INCOME:**

- A true 24-hour market
- Retain 100% of your trading profits
- Benefit from superior liquidity
- High profitable returns
- Profit in both rising and falling markets
- Trade on your schedule, respond to market changes immediately
- Customers privacy protection
- Quick support response

---

**Pay with e-gold**

**Please direct your deposit to our E-gold Account 5404913**

**Make sure our e-gold account number is 5404913**

| Amount to invest: | 10000 | USD |
|---|---|---|
| Your LR account: | | |
| Plan and E-mail: | | |
| Referrer's LR account: | | |

 Liberty Reserve    Invest via LR

☐ Referral program

Our referral program pays 10% of spends made by persons you refer directly to your account. Your referral link is: http://www.eimtrust.com/?123456 - where 123456 is your account number

**GENERAL TERMS OF SERVICE:**

All transactions are handled via e-gold, Liberty Reserve and e-Bullion.
All deposits must be made in whole US dollar amounts.

Our referral program pays 10% of spends made by persons you refer, directly to your account you refer.
The minimum deposit is $300 and No maximum deposit limitations.
There is no administration fee You may make additional spend as many times as you like.
Payouts are made directly to your account you invested.
We are working 7 days a week.

**e-Bullion**

Please direct your deposit to our e-Bullion Account **D80906** .
**Make sure our e-Bullion account number is D80906**

## Investment Plan

| Plan | Spent Amount | Profit (%) 72 hours later |
|------|------|------|
| TEST PLAN | $300 - $3000 | 800% |
| PLAN A | $3100 - $6000 | 2000% |
| PLAN B | $6100 - $15,000 | 4000% |
| PLAN C | $15,100 - $25,000 | 7000% |
| PLAN D | $25,100 - $35,000 | 12000% |
| PLAN E | $35,100 - $55,000 | 18000% |
| PLAN F | $55,100 - $90,000 | 25000% |

Home    |    About Us    |    Joint Now    |    Terms    |    F. A. Q    |    Contact Us

© 2008 EIM TRUST Investment All rights reserved.
Site Design By EIM TRUST

EIM TRUST | Owned Investment Management Company Built to Put Your Interests First® Page 1 of 2





**TERMS OF SERVICE**

EIM TRUST provides its service to you, subject to the following Terms of Service, which can be modified by EimTrust.info from time to time without prior notice. You are obliged to familiarize yourself with Terms of Service prior to invest. Your deposit with EIM TRUST will automatically be qualified as complete acceptance of our Terms of Service and will constitute a binding contract which makes both parties responsible for thorough observation of all parts of the Terms of Service.

**General Terms.**

- Deposits are made via e-gold, Liberty Reserve and e-Bullion.
- You can make another deposits viae-gold, Liberty Reserve and e-Bullion at any time.
- The minimum deposit (both initial and additional) requirement is $300.00 and No maximum deposit limitations.
- Payouts are made directly to your account you invested.
- Our referral program pays 10% of spends made by persons you refer, directly to your account you refer.
- All deposits must be made in whole US dollar amounts.

**User Agreement.**

- EIM TRUST will deliver its services only to those customers who are of legal age in particular jurisdictions they are citizens of or reside in. Legal age may vary between 18 and 21. By joint with us you state under the penalty of perjury that you are at least 18 or older depending on the legal age in your jurisdiction.
- You state that you are not a member, agent, informant, or employee of or in any other way related to any investigative, law enforcement, media, news or governmental agencies of any country.
- You understand that under no circumstances should anything found on this site be considered or construed as an offer to sell securities or a solicitation to invest in any investment opportunity.
- You understand and accept the fact that EimTrust.info disclaims any liability for performance of any investment which comes to Your attention here on this web site. You bear total responsibility for all decisions made. You also agree to invest money that you can afford to lose.
- You understand and agree that all information you receive from EimTrust.info is unsolicited, private communication of privileged, proprietary, and confidential information intended for You only. You agree to keep it private and not to disclose to any third party unless this information is obviously of a public nature.

**Anti-Spam Policy.**

- Our attitude towards spam is zero-tolerance.
- We do not tolerate spam in any of its various forms. Should you receive any spam emails that purportedly come from us, immediately report them to our service.
- Any member caught spamming will lose his/her accounts permanently without a prior notice.
- Members are allowed to post messages advertising us only on special boards in chatrooms where such posting is allowed.
- If you plan to advertise us on the web, you have to observe our strict anti-spam policy.

Home        About Us        Joint Now        Terms        F. A. Q        Contact Us

© 2008 EIM TRUST Investment All rights reserved.

Site Design By EIM TRUST



**FAQs**

On this page you will find the answers to the most Frequently Asked Questions. For your convenience, all the questions have been divided into the following categories:

**General Information about EIM TRUST**

Q. What is EimTrust?
A. EimTrust is the top online source for your exclusive, and non-exclusive mortgage refinance leads. Whether you specialize in real strong group of experienced experts and traders backed up by Forex market trading. After years of professional trading we have joined our skills and talents in the effort to bring a new reliable investment opportunity. Our team of Managing and Strategic Directors, supported by our Venture Partners and Investment Professionals, provides entrepreneurs with a rich base of strategic, operational, technical, and financial experience, and an extensive local, national, and international network through which we facilitate partnerships, recruit management, and access capital.

Q. How do you manage to maintain this level of returns throughout these years?
A. The two key principles of our successful investment performance are thorough diversification of assets and extensive use of tax minimization techniques designed to reduce the tax burden.
In our trading operations we use only the most efficient and state-of-the-art means of technical and fundamental analysis. Our assets are properly diversified and wisely allocated. We never invest more than 12.5% of our net assets into one single financial instrument irrespective of its past, present or predicted future performance.

Q. How long have you been in this business?
A. We have been in operation since 1999.

Q. What guarantees can you offer me?
A. Our successful past performance is not a guarantee of successful future performance. However, we can guarantee the return of principal at any time after the principal lock-in period of 1 payment for 72 hours plan is over.

Q. Do you provide support by phone?
A. No, we have temporarily suspended providing support by phone at the moment as we have too many new customers which makes it impossible for to answer all calls. We are now re-organizing our phone support department and will resume this service shortly.

**Account Opening**

Q. How can I joint with you?
A. To joint with us simply access 'Join Now!' area and make direct deposit to our account. Every deposit received with our account, automatic its a member of EIM TRUST.

Q. Can I joint 2 or more accounts in my name?
A. Yes, you can open as many accounts as you like. The only condition is that you need to provide separate e-gold, Liberty Reserve or e-Bullion account numbers and contact email addresses for each of the accounts.

Q. Can the members of the same family open separate accounts from the same PC and IP address?
A. Yes, they can. You can open as many accounts from the same PC and IP address as you like. The only condition is that you need to provide separate e-gold, Liberty Reserve or e-Bullion account

numbers and contact email addresses for each of the accounts.

### Account Security

Q. What can I do to protect my e-gold, Liberty Reserve or e-Bullion account password?
A. Make sure you observe the following safety maesures:- Your password is a unique and preferably non-sense combination of numbers and letters. - Never use the passwords you have used with other bank or email accounts before.- Store your password in a safe place. Preferably a removable disk or other storage.- Avoid copying and pasting your password. Try entering it manually all the time.

Q. What measures can I take in order to keep my PC clean from viruses and other harmful software?
A. Please install and run firewall and anti-virus program (AVP) at all times. Please make sure you have the most up-to-date version of firewall and AVP. Never open attachments in email unless they are from the people or services you know and trust.

Q. Do you provide SSL encryption and what browsers do you recommend to use when navigating EimTrust.info?
A. Any time you enter our website all the communication between you and us is encrypted using Secure Socket Layer (SSL) technology. SSL protects information as it crosses the Internet. To support this technology, you need an SSL-capable browser. We recommend using a strong encryption, 128-bit browser like Microsoft's Internet Explorer 6 or higher, Mozilla Firefox or Opera. These browsers will activate SSL automatically whenever you visit our website.

   You can tell if you are visiting a secure area within a Web site by looking at the symbol on the bottom of your browser screen. If you are using Internet Explorer, Mozilla Firefox or Opera, you will see either a lock or a key. When the symbol appears unbroken or the padlock is in the locked position, your session connection is taking place via a secure server.

   If you need a strong encryption browser, you can go to the Microsoft, Mozilla or Opera websites to download the latest browser version. We do not

### Depositing Funds into your EIM TRUST Account.

Q. How can I make a deposit into my EIM TRUST Account?
A. Please access 'Join Now!' area and make direct deposit to our account.

Q. What is the minimum deposit into EIM TRUST Account?
A. The minimum deposit for both initial and additional deposits is $300.00.

Q. What is the maximum deposit into EIM TRUST Account?
A. No maximum limitations deposit to EIM TRUST.

Q. How often can I make deposits into my account?
A. You can make deposits into my account as often as you want. There are no restrictions in this regard.

Q. I would like to make a deposit via Paypal or another e-currency. Can I do it?
A. No, unfortunately, we do not accept deposits via PayPal another e-currency. We only accept deposits via e-gold, Liberty Reserve or e-Bullion. But you can easily transfer the funds you have in your PayPal accounts into e-gold, Liberty Reserve or e-Bullion. To do this you need to use an exchanger. To find the most suitable one, please go to Me-Gold

### Interest Payments.

Q. Do you pay interest every 72 hours?
A. Yes, we pay interest every 72 hours, We working 7 days a week.

Q. Can I use spam to promote your website?
A. No, you cannot do this under any circumstances. We do not tolerate spam in any of its forms. Any member caught spamming will lose membership.

Home    |    About Us    |    Joint Now    |    Terms    |    F. A. Q    |    Contact Us
© 2008 EIM TRUST Investment All rights reserved.
Site Design By EIM TRUST

# EXHIBIT B

# Better-Whois.com
## ...SEARCH ALL DOMAIN REGISTRARS

Home page
Link-to-Us
Contact Us

## eimtrust.net is

# Reserved

**Registrar:** ENOM, INC.

**Status:** clientHold Status: clientTransferProhibited

**Domain options / additional information:** *(Click below to expand)*

+ if you own this domain...

+ if you are trying to register/buy this domain...

+ if you are researching this domain...

[Querying whois.verisign-grs.com]
[whois.verisign-grs.com]Whois Server Version 2.0Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.   Domain Name: EIMTRUST.NET
Registrar: ENOM, INC.
Whois Server: whois.enom.com
Referral URL: http://www.enom.com
Name Server: DNS1.NAME-SERVICES.COM
Name Server: DNS2.NAME-SERVICES.COM
Name Server: DNS3.NAME-SERVICES.COM
Name Server: DNS4.NAME-SERVICES.COM
Name Server: DNS5.NAME-SERVICES.COM
Status: clientHold
Status: clientTransferProhibited
Updated Date: 10-jun-2008
Creation Date: 25-may-2008
Expiration Date: 25-may-2009NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

Sponsored Link:
Learn how to get listed at the top of the search engines!
Gain access to the book the pros have been using for the past seven years...

[Querying whois.enom.com]
[whois.enom.com]
=.=.=
Visit AboutUs.org for more information about eimtrust.net
a href="http://www.aboutus.org/eimtrust.net"AboutUs: eimtrust.net/a

Registration Service Provided By: rateworld
Contact: rate_world@yahoo.com

Domain name: eimtrust.net

Administrative Contact:
    rateworld
    rateworld rateworld (rate_world@yahoo.com)
    +359.1222555
    rateworld
    rateworld, 10000
    IT

Technical Contact:
    rateworld
    rateworld rateworld (rate_world@yahoo.com)
    +359.1222555
    rateworld
    rateworld, 10000
    IT

Registrant Contact:
    rateworld
    rateworld rateworld

    rateworld
    rateworld, 10000
    IT

Status: Locked

Name Servers:
    dns1.name-services.com
    dns2.name-services.com
    dns3.name-services.com
    dns4.name-services.com
    dns5.name-services.com

Creation date: 25 May 2008 14:48:10
Expiration date: 25 May 2009 14:48:00
=.=.=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information

Featured Registrar

Register a domain name
with Register.com for
only $20. Includes:

- Free starter web site
- Free web forwarding
- Free e-mail forwarding
- Free domain locking
- Name portfolio
  manager
- Dynamic DNS service

Click here for
discounted rate.

Domain Registrars

1dni.com
1st Domain.net
4Domains.com
Active ISP ASA
Address Creation
Aitdomains.com
Alice's Registry, Inc.
Alldomains.com, Inc.
America Online, Inc.
Aseio Technologies, Inc.
ATLNTD.com
AWRegistry
BB Online UK Ltd.
Bizcn.com, Inc.
BookMyName SAS
Bull Register.com, Inc.
Capital Networks Pty
Ltd.

available "as is," and do not guarantee its accuracy. By submitting a whois query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone. The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from us.

We reserve the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.
Version 6.3 4/3/2002

| www. | | Search |
|---|---|---|
| Searches shared database registry and queries appropriate registrar. | | |