UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

EIM MANAGEMENT (USA) INC.,          :

                Plaintiff,          :          Civil Action
                                    No. 08 Civ. 6980 (LBS)

   v.                                  :

JOHN DOES 1-10,                     :

                Defendants.         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-26-08

### [PROPOSED] ORDER ON THE MOTION
### FOR ADMISSION PRO HAC VICE OF MATTHEW J. MATULE

Upon consideration of the foregoing Notice of Motion for Admission Pro Hac Vice of Matthew J. Matule, and good cause having been shown,

IT IS SO ORDERED, this 26 day of August 2008, that such motion is GRANTED.

_____
LEONARD B. SAND
UNITED STATES DISTRICT JUDGE